**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Middle District of Pennsylvania
(State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**: Roman Catholic Diocese of Harrisburg

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names: Diocese of Harrisburg

3. **Debtor's federal Employer Identification Number (EIN)**: 23-1494791

4. **Debtor's address**

   **Principal place of business**
   4800 Union Deposit Road
   Number    Street

   Harrisburg    PA    17111
   City    State    ZIP Code

   Dauphin
   County

   **Mailing address, if different from principal place of business**
   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street

   City    State    ZIP Code

5. **Debtor's website (URL)**: www.hbgdiocese.org

6. **Type of debtor**
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☒ Other. Specify: Non-profit unincorporated association

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

| 7. | Describe debtor's business |
|---|---|

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☒ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

  8  1  3  1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                         MM / DD / YYYY
        District _____  When _____  Case number _____
                                         MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____  Relationship _____
        District _____  When _____
                                                                MM / DD / YYYY
        Case number, if known _____

Debtor  Roman Catholic Diocese of Harrisburg     Case number (*if known*)_____
       Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number     Street

_____
_____
City                                State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49            ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99           ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000     ☐ More than 100,000
☒ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☒ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

| Debtor | Roman Catholic Diocese of Harrisburg | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☒ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02 / 19 / 2020
MM / DD / YYYY

✘ /s/ Ronald W. Gainer
Signature of authorized representative of debtor

Most Reverend Ronald W. Gainer, D.D., J.C.L.
Printed name

Title: Bishop

**18. Signature of attorney**

✘ /s/ Blake D. Roth
Signature of attorney for debtor

Date 02 / 19 / 2020
MM / DD / YYYY

Blake D. Roth
Printed name

Waller Lansden Dortch & Davis, LLP
Firm name

511 Union Street, Suite 2700
Number    Street

Nashville
City

TN
State

37075
ZIP Code

615.244.6380
Contact phone

blake.roth@wallerlaw.com
Email address

306951
Bar number

PA
State

# ACTION BY WRITTEN CONSENT

## February 19, 2020

Effective as of the date written above, the undersigned, being the Bishop of the Diocese of Harrisburg (the "Bishop") with authority over the Roman Catholic Diocese of Harrisburg (the "RCDH") hereby takes the following actions and adopts, approves, and ratifies the following resolutions by written consent:

WHEREAS, the Bishop has considered presentations by the management and the financial and legal advisors of the RCDH regarding the liabilities and liquidity situation of the RCDH, the strategic alternatives available to the RCDH and the effect of the foregoing on the RCDH's mission and ministry;

WHEREAS, the Bishop has consulted with the management and the financial and legal advisors of the RCDH and fully considered each of the strategic alternatives available to the RCDH; and

WHEREAS, the Bishop has sought and obtained the approval of the filing of the Chapter 11 Case (as defined herein) from the RCDH's Finance Council and College of Consultors in accordance with canon 1277 of the Code of Canon Law.

NOW, THEREFORE, BE IT,

RESOLVED, that in the judgment of the Bishop, it is desirable and in the best interests of the RCDH, its creditors and other parties in interest, that the RCDH shall be, and hereby is, authorized to file or cause to be filed a voluntary petition for relief (the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Middle District of Pennsylvania (the "Bankruptcy Court");

FURTHER RESOLVED, that the Very Rev. David L. Danneker, PhD (the "Authorized Officer") be, and hereby is, authorized, empowered and directed to execute and file in the name of and on behalf of the RCDH all petitions, schedules, lists, applications, and motions, papers, instruments and documents, and to take any and all action that he deems necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the RCDH's mission and ministry;

FURTHER RESOLVED, that the Authorized Officer be, and hereby is, authorized and directed to employ in the name of and on behalf of the RCDH the law firms of Waller Lansden Dortch & Davis, LLP, Kleinbard LLC, and such other law firms as may be employed by an Authorized Officer (collectively, the "Counsel") as general bankruptcy or special co-counsel to represent and assist the RCDH in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the RCDH's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of the Counsel;

FURTHER RESOLVED, that the Authorized Officer be, and hereby is, authorized and directed to employ the firm of Keegan Linscott & Associates, PC as financial and restructuring advisor (the "Financial Advisor") to, among other things, assist the RCDH in evaluating its financial prospects, developing a long-term business plan, developing financial data for evaluation by the Bishop, creditors, and other third parties, in each case, as requested by the RCDH, responding to issues related to the RCDH's financial liquidity; and in connection therewith, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of the Financial Advisor;

FURTHER RESOLVED, that the Authorized Officer be, and hereby is, authorized and directed to employ the firm of Epiq Corporate Restructuring LLC as notice and claims agent to represent and assist the RCDH in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the RCDH's rights and obligations; and in connection therewith, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Epiq Corporate Restructuring LLC;

FURTHER RESOLVED, that the Authorized Officer be, and hereby is, authorized and directed to employ in the name of and on behalf of the RCDH any other professionals to assist the RCDH in carrying out its duties under the Bankruptcy Code and other applicable laws, regulations and rules in the ordinary course of the RCDH's mission and ministry; and in connection therewith, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

FURTHER RESOLVED, that the Authorized Officer be, and hereby is, with power of delegation, authorized, empowered and directed in the name of and on behalf of the RCDH to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that the Authorized Officer deems necessary, proper, or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of each such Chapter 11 Case;

FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Authorized Officer, the Authorized Officer (and his designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of the RCDH, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in the Authorized Officer's (or his designees' or delegates') judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein;

FURTHER RESOLVED, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the RCDH, which

acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the RCDH with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Bishop; and

FURTHER RESOLVED, that the Authorized Officer (and his designees and delegates) be, and hereby is, authorized and empowered to take all actions, or to not take any action in the name of and on behalf of the RCDH, with respect to the transactions contemplated by these resolutions hereunder, as the Authorized Officer shall deem necessary or desirable in the Authorized Officer's reasonable business judgment, as may be necessary or convenient to effectuate the purposes of the transactions contemplated herein.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the undersigned has executed this consent as of the date first written above.

_____
Bishop of the Diocese of Harrisburg Ronald W. Gainer, with authority over the Roman Catholic Diocese of Harrisburg

**Fill in this information to identify the case:**

Debtor name __Roman Catholic Diocese of Harrisburg__

United States Bankruptcy Court for the: __Middle__   District of __Pennsylvania__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Pennsylvania Economic Development Financing Authority<br>c/o PNC Bank, National Association<br>500 First Avenue, 4th Floor<br>Pittsburgh, PA 15219 | PNC Bank, National Association<br>101 W. Washington Street<br>5th Floor, East Tower (Locater I1-Y013-05-3)<br>Indianapolis, IN 46255<br>Attn: Christopher B. Gribble | Money Loaned | | | | $30,711,813 |
| 2 | ███████████ | Ben Andreozzi<br>Andreozzi & Associates, PC<br>111 N. Front Street<br>Harrisburg, PA 17101<br>ben@victimscivilattorneys.com | Tort Claimant | C, U, D | | | Unknown |
| 3 | Donald Asbee | Richard M. Serbin<br>Janet, Janet & Suggs, LLC<br>1522 N. 6th Avenue<br>Altoona, PA 16601<br>rms@serbinlaw.net | Tort Claimant | C, U, D | | | Unknown |
| 4 | ███████████ | Richard M. Serbin<br>Janet, Janet & Suggs, LLC<br>1522 N. 6th Avenue<br>Altoona, PA 16601<br>rms@serbinlaw.net | Tort Claimant | C, U, D | | | Unknown |
| 5 | Patrick Duggan | Richard M. Serbin<br>Janet, Janet & Suggs, LLC<br>1522 N. 6th Avenue<br>Altoona, PA 16601<br>rms@serbinlaw.net | Tort Claimant | C, U, D | | | Unknown |
| 6 | ███████████ | Richard M. Serbin<br>Janet, Janet & Suggs, LLC<br>1522 N. 6th Avenue<br>Altoona, PA 16601<br>rms@serbinlaw.net | Tort Claimant | C, U, D | | | Unknown |
| 7 | ███████████ | Richard M. Serbin<br>Janet, Janet & Suggs, LLC<br>1522 N. 6th Avenue<br>Altoona, PA 16601<br>rms@serbinlaw.net | Tort Claimant | C, U, D | | | Unknown |
| 8 | Lara McKeever | Ben Andreozzi<br>Andreozzi & Associates, PC<br>111 N. Front Street<br>Harrisburg, PA 17101<br>ben@victimscivilattorneys.com | Tort Claimant | C, U, D | | | Unknown |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | John Doe 1 | Ben Andreozzi<br>Andreozzi & Associates, PC<br>111 N. Front Street<br>Harrisburg, PA 17101<br>ben@victimscivilattorneys.com | Tort Claimant | C, U, D | | | Unknown |
| 10 | ████████████ | Ben Andreozzi<br>Andreozzi & Associates, PC<br>111 N. Front Street<br>Harrisburg, PA 17101<br>ben@victimscivilattorneys.com | Tort Claimant | C, U, D | | | Unknown |
| 11 | ████████████ | Ben Andreozzi<br>Andreozzi & Associates, PC<br>111 N. Front Street<br>Harrisburg, PA 17101<br>ben@victimscivilattorneys.com | Tort Claimant | C, U, D | | | Unknown |
| 12 | Patricia Julius | Ben Andreozzi<br>Andreozzi & Associates, PC<br>111 N. Front Street<br>Harrisburg, PA 17101<br>ben@victimscivilattorneys.com | Tort Claimant | C, U, D | | | Unknown |
| 13 | John Doe 2 | Adam D. Horowitz<br>110 East Broward Blvd., Ste. 1850<br>Fort Lauderdale, FL 33301<br>adam@adamhorowitzlaw.com | Tort Claimant | C, U, D | | | Unknown |
| 14 | John Doe 3 | Adam D. Horowitz<br>110 East Broward Blvd., Ste. 1850<br>Fort Lauderdale, FL 33301<br>adam@adamhorowitzlaw.com | Tort Claimant | C, U, D | | | Unknown |
| 15 | ████████████ | Mitchell A. Toups<br>Wells, Green, Toups & Terrell, LLP<br>Bank of America Tower<br>Beaumont, TX 77702<br>matoups@wgttlaw.com | Tort Claimant | C, U, D | | | Unknown |
| 16 | ████████████ | Steven Stambaugh<br>Stambaugh Law, PC<br>2121 South Queen Street<br>York, PA 17403 | Tort Claimant | C, U, D | | | Unknown |
| 17 | ████████████ | Mitchell Garabedian<br>Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109<br>mgarabedian@garabedianlaw.com | Tort Claimant | C, U, D | | | Unknown |
| 18 | ████████████ | Joseph H. Saunders<br>Saunders & Walker P.A.<br>3491 Gandy Blvd. North, Ste. 200<br>Pinellas Park, FL 33781<br>joe@saunderslawyers.com | Tort Claimant | C, U, D | | | Unknown |
| 19 | ████████████ | Daniel Monahan<br>Monahan Law Practice, PC<br>300 N. Pottstown Pike, Ste. 210<br>Exton, PA 19341<br>dmonahan@jdllm.com | Tort Claimant | C, U, D | | | Unknown |
| 20 | ████████████ | Erma Bonadero<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>ebonadero@thematthewslawfirm.com | Tort Claimant | C, U, D | | | Unknown |

| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC DIOCESE OF HARRISBURG,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 1:20-bk-_____(HWV)<br><br>(Request for Expedited Consideration) |

# LIST OF EQUITY SECURITY HOLDERS

There are no entities to report under rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, as the above-captioned debtor and debtor-in-possession is a nonprofit unincorporated association with no equity ownership.

---

[1] The last four digits of the Debtor's federal tax identification number are: 4791. The Debtor's principal place of business is located at 4800 Union Deposit Road, Harrisburg, Pennsylvania 17111.

4836-2778-2069.1

| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC DIOCESE OF HARRISBURG,<br><br>                      Debtor.[1] | Chapter 11<br><br>Case No. 1:20-bk-_____(HWV)<br><br>(Request for Expedited Consideration) |

## CORPORATE OWNERSHIP STATEMENT

There are no entities to report under rule 7007.1 of the Federal Rules of Bankruptcy Procedure, as the above-captioned debtor and debtor-in-possession is a nonprofit unincorporated association with no equity ownership.

---

[1] The last four digits of the Debtor's federal tax identification number are: 4791. The Debtor's principal place of business is located at 4800 Union Deposit Road, Harrisburg, Pennsylvania 17111.

4821-6822-9813.1

**Fill in this information to identify the case and this filing:**

Debtor Name: Roman Catholic Diocese of Harrisburg

United States Bankruptcy Court for the: Middle District of Pennsylvania
(State)

Case number (If known): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02 / 19 / 2020     ✗ /s/ Ronald W. Gainer
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

Most Reverend Ronald W. Gainer, D.D., J.C.L.
Printed name

Bishop
Position or relationship to debtor

Official Form 202     **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Case 1:20-bk-00599-HWV    Doc 1    Filed 02/19/20    Entered 02/19/20 12:36:22    Desc
Main Document    Page 13 of 13