In re:  
Roman Catholic Diocese of Harrisburg  
    Debtor

Case No. 20-00599-HWV  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 1    Date Rcvd: Feb 20, 2020  
Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2020.  
aty    +Timothy P. Palmer,   Buchanan Ingersoll & Rooney, P.C.,   Union Trust Building,   501 Grant Street, Suite 200,   Pittsburgh, PA 15219-4413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2020 at the address(es) listed below:

    Blake D Roth    on behalf of Debtor 1    Roman Catholic Diocese of Harrisburg  
     blake.roth@wallerlaw.com,  
     deborah.liles@wallerlaw.com;chris.cronk@wallerlaw.com;annmarie.jezisek@wallerlaw.com  
    Blake D Roth    on behalf of Plaintiff    Roman Catholic Diocese of Harrisburg  
     blake.roth@wallerlaw.com,  
     deborah.liles@wallerlaw.com;chris.cronk@wallerlaw.com;annmarie.jezisek@wallerlaw.com  
    Clayton William Davidson    on behalf of Interested Party    S&T Bank successor to Integrity Bank  
     cdavidson@mwn.com,   nwelch@mwn.com  
    D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee  
     D.Troy.Sellars@usdoj.gov,   ustpregion03.ha.ecf@usdoj.gov  
    Gregory Benjamin Schiller    on behalf of Asst. U.S. Trustee    United States Trustee  
     Gregory.B.Schiller@usdoj.gov,   ustpregion03.ha.ecf@usdoj.gov  
    Joshua J. Voss    on behalf of Plaintiff    Roman Catholic Diocese of Harrisburg  
     jvoss@kleinbard.com,   jpaulukas@conradobrien.com  
    Kelly M Neal    on behalf of Creditor    PNC Bank, National Association kelly.neal@bipc.com,  
     donna.curcio@bipc.com  
    Matthew Hermann Haverstick    on behalf of Plaintiff    Roman Catholic Diocese of Harrisburg  
     mhaverstick@kleinbard.com  
    Sid Garabato    sgarabato@epiqglobal.com,   rjacobs@ecf.epiqsystems.com  
    Steven Jay Engelmyer    on behalf of Plaintiff    Roman Catholic Diocese of Harrisburg  
     sengelmyer@kleinbard.com  
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                            TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ) Case No. 1:20-bk-00599(HWV)
) Chapter 11
ROMAN CATHOLIC DIOCESE OF
HARRISBURG aka Diocese of Harrisburg, )
)
Debtor. )

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

IT IS HEREBY ORDERED that counsel's motion for the admission pro hac vice of Timothy P. Palmer is granted.

Dated: February 20, 2020

By the Court,

*Henry W. Van Eck* (signature)
Henry W. Van Eck, Chief Bankruptcy Judge (LS)