# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| ROMAN CATHOLIC DIOCESE OF HARRISBURG, | Case No. 1:20-bk-00599 (HWV) |
| Debtor | |

## UNITED STATES TRUSTEE'S NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF TORT CLAIMANTS

NOW COMES the United States Trustee, through undersigned counsel, and respectfully gives notice of the appointment of the following individuals to the Official Committee of Tort Claimants in the above-captioned Chapter 11 case pursuant to 11 U.S.C. § 1102(a)(1):

1.    Lara Fortney-McKeever

2.    Mark J. Padula, Jr.

3.    Patrick Duggan

Respectfully submitted,

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 AND 9

By:   /s/    D. Troy Sellars
D. Troy Sellars, Esq.
Trial Attorney PA ID 21302
Office of the United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
Tel.: (717) 221-4515 Fax: (717) 221-4554
Email: D.Troy.Sellars@usdoj.gov

Dated:  March 6, 2020