# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Roman Catholic Diocese of Harrisburg
aka Diocese of Harrisburg

**Debtor 1**

Chapter: 11

Case number: 1:20−bk−00599−HWV

Document Number: 54

Matter: Application to Employ Waller Lansden Dortch & Davis, LLP as Attorney

Roman Catholic Diocese of Harrisburg
aka Diocese of Harrisburg
**Movant(s)**

vs.

Andrew R. Vara
United States Trustee
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on February 19, 2020.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: 4/2/20** <br> **Time: 09:30 AM** |

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: DeborahGeorge, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 12, 2020 |

nthrgreq(02/19)