# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC DIOCESE OF HARRISBURG,<br><br>Debtor. | Chapter 11<br><br>Case No. 1:20-bk-00599 (HWV) |

### THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' RESPONSE TO THE DEBTOR'S MOTION FOR AN ORDER PERMITTING DEBTOR TO EXECUTE TERM SHEET AND SUBSEQUENTLY ENTER INTO NEW FINANCING AGREEMENT WITH FIRST NATIONAL BANK

The Official Committee of Tort Claimants (the "Committee") hereby files its response to the Debtor's Motion for an Order Permitting Debtor to Execute Term Sheet and Subsequently Enter into New Financing Agreement with First National Bank (the "Motion") [ECF No. 638].

1. On June 30, 2021, the Court entered its order granting the Motion [ECF No. 648] which, among other things, established a hearing date for final consideration of the FNB Loan[1] and required the Debtor to provide the Committee and the United States Trustee for the Middle District of Pennsylvania with copies of all documents related to the FNB Loan in advance of the final hearing on the FNB Loan.

2. The final hearing on the FNB Loan was scheduled for August 31, 2021 at 9:30 a.m.

3. The Debtor provided the Committee with copies of the FNB Loan documents on August 18, 2021.

4. The Committee has reviewed the FNB Loan documents and has no objection to the FNB Term Sheet or the FNB Loan.

---

[1] All terms not defined herein shall have the definitions ascribed to them in the Motion.

Respectfully submitted,

Date: August 25, 2021

/s/ *Robert T. Kugler*

Robert T. Kugler (MN # 194116)
Edwin H. Caldie (MN # 388930)
**Stinson LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Main: 612-335-1500
Facsimile: 612-335-1657
Email: robert.kugler@stinson.com
ed.caldie@stinson.com

*Counsel for the Official Committee of Tort Claimants*