# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
## HARRISBURG DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| ROMAN CATHOLIC DIOCESE OF HARRISBURG, | Case No. 1:20-bk-00599 (HWV) |
| Debtor.[1] | |

## <u>DECLARATION OF TERRENCE J. KERWIN, ESQ.</u>

I, Terrence J. Kerwin, Esq. do hereby declare pursuant to 28 U.S.C. § 1746:

1.     I am an adult of sound mind and resident of the Commonwealth of Pennsylvania.

2.     I am making this declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

3.     If called to testify I could and would testify to the following.

4.     I am an attorney licensed and in good standing in the Commonwealth of Pennsylvania.

5.     I am a partner at the law firm of Kerwin & Kerwin, LLP and have served as the solicitor for the Diocese of Harrisburg since 1985.

6.     Prior to 1985, my father's law partner, John J. Bream, Esq. served as the solicitor for the Diocese of Harrisburg and I assisted him in his work for the Diocese of Harrisburg.

7.     As a result of my role as solicitor for the Diocese of Harrisburg and having assisted John H. Bream in his role as solicitor for the Diocese of Harrisburg I am intimately familiar with, among other things, the manner in which property is held across the Diocese of Harrisburg and the relationships between various entities within the Diocese of Harrisburg, including the Roman Catholic Diocese of Harrisburg.

---

[1] The last four digits of the Debtor's federal tax identification number are: 4791. The Debtor's principal place of business is located at 4800 Union Deposit Road, Harrisburg, Pennsylvania 17111.

4888-4423-8089.2

8.	At all times during which I have served as solicitor, in accordance with and pursuant to Pennsylvania law and the Code of Canon Law, real property within the Diocese of Harrisburg has been held in trust by the current Diocesan Bishop of the Diocese of Harrisburg for the benefit of either the Roman Catholic Diocese of Harrisburg, a school within the Diocese of Harrisburg, a parish within the Diocese of Harrisburg, or some other ministry within the Diocese of Harrisburg.

9.	At the request of counsel for the Roman Catholic Diocese of Harrisburg (the "***Debtor***"), I have retrieved deeds relating to the properties within the Roman Catholic Diocese of Harrisburg Real Estate Trust. As the Diocese encompasses fifteen counties, I have not attached all the deeds, but attached a sample which represents how real estate is titled throughout the Diocese of Harrisburg. All these deeds use the word "Trust" or "Trustee".

10.	The Diocesan campus located at 4800 Union Deposit Road consist of four tax parcels, as reflected in **Exhibit A** to this declaration.

11.	Attached as **Exhibit B-1** through **Exhibit B-4** are true and correct copies the deeds comprising these four tax parcels comprising the Diocesan campus at 4800 Union Deposit Road, Harrisburg, Pennsylvania.

12.	Attached as **Exhibit C** to this declaration is a true and correct copy of the deed for Lancaster Catholic High School, Lancaster County, dated June 30, 1947.

13.	Attached as **Exhibit D** to this declaration is a true and correct copy of the deed for Lebanon Catholic High School, Lebanon County, dated August 16, 1956.

14.	Attached as **Exhibit E** to this declaration is a true and correct copy of the deed for Our Lady of Lourdes Regional School, Northumberland County, dated May 1, 1957.

15.	Attached as **Exhibit F** to this declaration is a true and correct copy of the deed for Resurrection Cemetery, Dauphin County, dated January 12, 1960.

16. Attached as **Exhibit G** to this declaration is a true and correct copy of the deed for All Saints Cemetery, Northumberland County, dated August 2, 1962.

17. Attached as **Exhibit H** to this declaration is a true and correct copy of the deed for Holy Cross Cemetery, Lebanon County, dated December 15, 1966.

18. Attached as **Exhibit I** to this declaration is a true and correct copy of the deed for the Newman House at Millersville University, Lancaster County, dated March 31, 1975.

19. Attached as **Exhibit J** to this declaration is a true and correct copy of the deed for the Newman House at Bucknell University, Union County, dated January 17, 1976.

20. Attached as **Exhibit K** to this declaration is a true and correct copy of the deed for the Newman House at Bloomsburg University, Columbia County, dated December 16, 1980.

21. Attached as **Exhibit L** to this declaration is a true and correct copy of the deed for Gate of Heaven Cemetery, Cumberland County, dated January 3, 1983.

22. Attached as **Exhibit M** to this declaration is a true and correct copy of the deed for Bishop McDevitt High School, Dauphin County, dated August 11, 2010.

23. In addition, properties pertaining to other properties within the Diocese of Harrisburg have been titled in the same manner.

24. Attached as **Exhibit N** to this declaration is a true and correct copy of a deed to John W. Shanahan, Trustee of Saint Patrick's Cathedral Congregation, for a property in the City of Harrisburg, dated June 1, 1915.

25. Attached as **Exhibit O** to this declaration is a true and correct copy of a deed to The Most Reverend George L. Leech, Bishop of the Diocese of Harrisburg, In Trust for the Roman Catholic Congregation of St. Joan of Arc Church, Derry Township (Hershey), with said deed dated August 19, 1947.

4888-4423-8089.2

3

26.     Attached as **Exhibit P** to this declaration is a true and correct copy of a deed to Right Reverend P.R. McDevitt, DD, Bishop of Harrisburg, Pennsylvania, Diocese, in Trust for St. Francis Roman Catholic Congregation of Harrisburg, dated March 29, 1921.

27.     To the best of my knowledge, every deed for a parish in the Diocese of Harrisburg refers to the Bishop as Trustee for the parish.

28.     Under penalty of perjury, I declare the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
Terrence J. Kerwin, Esq.
Kerwin & Kerwin, LLP
Sup.Ct. ID # 29922
4245 State Route 209
Elizabethville, PA 17023

**Exhibit A**

4888-4423-8089.2



Case 1:20-bk-00599-HWV Doc 916 Filed 01/11/22 Entered 01/11/22 15:44:15 Desc
Main Document Page 6 of 97

**Terrence Kerwin**

| | |
|---|---|
| **From:** | Terrence Kerwin |
| **Sent:** | Thursday, January 6, 2022 7:30 AM |
| **To:** | Terrence Kerwin |
| **Subject:** | Diocese |



Sent from my iPhone

**Exhibit B-1**

4888-4423-8089.2

Tax Parcel #35-067-040

BK/VOL 59 PAGE 1-98

Form No. 532 —DEED FROM A CORPORATION. Act 1901.

# This Indenture,

Made the —Twentith— day of December A. D. one thousand nine hundred and seventy-two (1972) between the Corporation by the name, style and title of WOODLAWN MEMORIAL GARDENS, INC., of Lower Paxton Township, Dauphin County, Pennsylvania, GRANTOR,

of the one part and THE MOST REVEREND JOSEPH T. DALEY, BISHOP OF THE DIOCESE OF HARRISBURG, IN TRUST FOR THE ROMAN CATHOLIC DIOCESE OF HARRISBURG,

of the City of Harrisburg, County of Dauphin

in the State of Pennsylvania, GRANTEE, of the other part Witnesseth

That the said Woodlawn Memorial Gardens, Inc., for and in consideration of the sum of FIFTY THOUSAND ($50,000.00)—————————————————

——————————————Dollars, lawful money of the United States, to it in hand paid by the said

at the time of the execution hereof, the receipt whereof is hereby acknowledged, has granted, bargained, sold, aliened, enfeoffed, released and confirmed and by these presents does grant, bargain, sell, alien, enfeoff, release and confirm unto the said Grantee, his heirs, successors

and assigns,

all that certain piece or parcel of land, situate in Lower Paxton Township, Dauphin County, Pennsylvania and being more particularly described as follows, to-wit:

BEGINNING at a pin at the northeast corner of the intersection of Old Rutherford Road and Union Deposit Road (Penna. Legislative Route 22008); THENCE (1) along the northerly right-of-way line for Union Deposit Road, south eighty (80) degrees, nineteen (19) minutes forty-five (45) seconds west, forty-six and ninety-six one-hundredths (46.96) feet to a pin; THENCE (2) continuing along same, south eight (08) degrees, twenty-nine (29) minutes thirty (30) seconds east, ten and no one-hundredths (10.00) feet to a pin; THENCE (3) still along same, south eighty-one (81) degrees, thirty (30) minutes thirty (30) seconds west, twenty-eight and fifteen one-hundredths (28.15) feet to a pin; THENCE (4) continuing along the northerly right-of-way for Union Deposit Road, south eighty-two (82) degrees, five (05) minutes west, four hundred eighty-seven and eighty-six one-hundredths (487.86) feet to a pin in the center of a field entrance; THENCE (5) along other lands of Grantor herein, north seven (07) degrees, fifty-five (55) minutes west, three hundred twenty and fifty one-hundredths (320.50) feet to a pin; THENCE (6) continuing along other lands of Grantor herein, north eighty-two (82) degrees, four (04) minutes twenty-eight (28) seconds east, five hundred twenty-six and thirty-eight one-hundredths (526.38) feet to a pin on the westerly side of Old Rutherford Road; THENCE (7) along the westerly right-of-way line for Old Rutherford Road, south fourteen (14) degrees, thirty-nine (39) minutes east, three hundred eleven and no one-hundredths (311.00) feet to the point or place of BEGINNING.

CONTAINING 4.000 acres (174,261.59 square feet).

BEING Lot No. 1 as shown on a plan entitled "Subdivision Plan for Woodlawn Memorial Gardens, Inc., Lower Paxton Township, Dauphin County, Pennsylvania" dated November 6, 1972 and prepared by Alex J. Panik, Registered Professional Engineer and Surveyor, Harrisburg, Pennsylvania, which Plan was approved by the Planning and Zoning Commission of Lower Paxton Township December 1, 1972 and by the Board of Supervisors of Lower Paxton Township December 4, 1972 and is recorded in Dauphin County Plan Book "M", Volume 2, at Pages 34 and 35.

BEING a part or portion of the premises which Woodlawn Farm Corporation, by its Deed dated March 18, 1958 and recorded in the Office of the Recorder of Deeds in and for Dauphin County, Pennsylvania in Deed Book "B", Volume 43, at Page 255, granted and conveyed unto Woodlawn Memorial Gardens, Inc., Grantor herein.

BOOK VOL 59 PAGE 199

This Indenture, conveying the within premises, is executed and delivered by the Grantor to the Grantee pursuant to Resolution adopted by the Board of Directors of the Grantor as provided for under its By-Laws in compliance with the provisions of the Non-Profit Corporation Laws of the Commonwealth of Pennsylvania.





Central Dauphin School District
DAUPHIN COUNTY, PA.
REAL ESTATE
TRANSFER TAX ... 250.00
TAX ...



BOOK/VOL 59 PAGE 200

Together with all and singular the buildings, privileges, hereditaments and appurtenances whatsoever thereunto belonging, or in anywise appertaining, and the reversions and remainders, rents, issues and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of it, the said Grantor

either in law or equity, of, in and to the same.

## To have and to hold

the said messuage or tenement and lot or piece of ground above described, hereditaments and premises hereby granted, bargained and sold, or mentioned, or intended so to be, with the appurtenances, unto the said **Grantee, his heirs, successors,** and assigns, to and for the only proper use and behoof of the said **Grantee, his heirs, successors,** and assigns forever.

And the said party of the first part for itself and its successors, does hereby covenant and agree to and with the said **Grantee, his heirs, successors,**

and assigns, that it the said party of the first part and its successors, all and singular the said hereby granted, premises, with the appurtenances, unto the said **Grantee, his heirs, successors,**

and assigns, against it the said party of the first part and its successors, and against all and every other person and persons whomsoever lawfully claiming or to claim the same or any part thereof

## Shall and Will Warrant and Forever Defend

by these presents.

## And it the said **Woodlawn Memorial Gardens, Inc.** doth

hereby constitute and appoint **Nelson E. Walrath, Sr.**

to be its attorney, for it and in its name, and as and for its corporate act and deed to acknowledge this deed before any person having authority by the laws of the Commonwealth of Pennsylvania to take such acknowledgment, to the intent that the same may be duly recorded.

## In Testimony Whereof it the said **Woodlawn Memorial Gardens, Inc.**

has caused this Indenture to be signed by its President, attested by its Secretary and affixed hereunto the common and corporate seal of the said Corporation, that the seal affixed hereto is the seal of said Corporation, that it was so affixed by order of the Board of Directors of said Corporation, and that they signed their names hereto by like order, the day and year first above written.

Signed, Sealed and Delivered
in the presence of

*Nelson E. Walrath, Sr.*, President.

Attest: *Nelson E. Walrath, Jr.*, Secretary.

BOOK GVOL 59 PAGE 201

State of PENNSYLVANIA
County of ~~XXXXXXXXX~~
LEBANON } ss.

On this the 20th day of December, 1972,
before me the undersigned officer,
personally appeared NELSON E. WALRATH, SR., who acknowledged himself to be the
President of Woodlawn Memorial Gardens, Inc.
a corporation, and that he as such President being authorized to do so, executed the foregoing
instrument for the purposes therein contained by signing the name of the corporation by himself as President

In witness whereof, I hereunto set my hand and official seal.

NETTY WENGER, Notary Public
Annville, Lebanon Co., Pa.
My Commission Expires August 7th, 1973.

_____
Title of Officer

State of
County of } ss.

I hereby certify that on this _____ day of _____
in the year of our Lord, one thousand nine hundred and _____ before me,
the subscriber personally
appeared _____ the attorney named in the foregoing Deed, and by virtue
of and in pursuance of the authority therein conferred upon
him, acknowledged the said deed to be the act and deed
of the said

Witness my hand and seal the day and year aforesaid.

*I hereby Certify that the Precise
Residence of the Grantee, to Es
within Deed is - 111 24 the St*          Title of Off _____
Harrisburg Pa.                           John Johnson atty

RECEIVED
RECORDER'S OFFICE
Dec 20, 11 26 AM '72
DAUPHIN COUNTY
PENNA.

WOODLAWN MEMORIAL GARDENS, INC.
from Corporation,
to
THE MOST REVEREND JOSEPH T. DALEY,
BISHOP OF THE DIOCESE OF HARRISBURG,
IN TRUST FOR THE ROMAN CATHOLIC
DIOCESE OF HARRISBURG.

Dated _____
For Lot No. 1 Plan entitled
"Subdivision Plan for Woodlawn
Memorial Gardens, Inc. Lower
Paxton Township, Dauphin County,
Pennsylvania"
Consideration $50,000.00
Recorded

Commonwealth of Pennsylvania
Dauphin County, ss.

Recorded on this 20th day of Dec
A. D. 19 72 in the Recorder's office of said County in Deed Book
Vol. 59 Page 198
Given under my hand and seal of the said Office, the date above written.

Mary E. Baum, Recorder.

**Exhibit B-2**

4888-4423-8089.2

Form No. 3M—DEED FROM A CORPORATION, Act 1931.

4515

RECEIVED
RECORDER'S OFFICE
MAY 18  11 31 AM '82

DAUPHIN COUNTY

# This Indenture

**Made the** 19th **day of** MAY A.D. one thousand nine hundred and eighty-two (1982) between the Corporation by the name-style and title of WOODLAWN MEMORIAL GARDENS, INC., of Lower Paxton Township, Dauphin County, Pennsylvania, GRANTOR, party of the one part and THE MOST REVEREND JOSEPH T. DALEY, BISHOP OF THE DIOCESE OF HARRISBURG, IN TRUST FOR THE ROMAN CATHOLIC DIOCESE OF HARRISBURG, of the city of Harrisburg, County of Dauphin

in the State of Pennsylvania, GRANTEE, party of the other part **Witnesseth** That the said Woodlawn Memorial Gardens, Inc., for and in consideration of the sum of EIGHTY-ONE THOUSAND SIX HUNDRED SEVEN DOLLARS AND FIFTY CENTS

($81607.50)——————————— Dollars, lawful money of the United States, to it in hand paid by the said

GRANTEE

at the time of the execution hereof, the receipt whereof is hereby acknowledged, has granted, bargained, sold, aliened, enfeoffed, released and confirmed, and by these presents does grant, bargain, sell, alien, enfeoff, release and confirm unto the said Grantee, his heirs, successors

and assigns,

all that certain piece or parcel of land, situate in Lower Paxton Township, Dauphin County, Pennsylvania and being more particularly described as follows, to wit:

BEGINNING at an iron pin at the northwest corner of other land of the Grantee herein which pin lies north seven (7) degrees, five (5) minutes zero (00) seconds west three hundred twenty and fifty one-hundredths (320.50) feet distant from a concrete monument located in the northerly right-of-way line of Union Deposit Road at the southwestern corner of said other land of the Grantee herein; THENCE (1) by other land of the Grantor, north seven (7) degrees, fifty-five (55) minutes zero (0) minutes west two hundred ninety-nine and ninety-two one-hundredths (299.92) feet to a concrete monument at the line of land now or formerly of Ernest E. Champagne; THENCE (2) by said lands now or formerly of Ernest E. Champagne north eighty (80) degrees forty-four (44) minutes zero (00) seconds east four hundred ninety-three and sixteen one-hundredths (493.16) feet to an iron nail in what was formerly the center line of Old Rutherford Road now vacated and abandoned; THENCE (3) by the former center line of Old Rutherford Road aforesaid south sixteen (16) degrees twenty-eight (28) minutes zero (00) seconds east two hundred eighty-seven and thirty-nine one-hundredths (287.39) feet to a railroad spike; THENCE (4) continuing by the center line of former Old Rutherford Road south fourteen (14) degrees thirty-nine (39) minutes zero (00) seconds east twenty-seven and forty-five one-hundredths (27.45) feet to a point at the northern line of other lands of the Grantee herein; THENCE (5) by the northern line of said other land of the Grantee south eighty-two (82) degrees four (4) minutes twenty-eight (28) seconds west five hundred thirty-eight and ninety-seven one-hundredths (538.97) feet to an iron pin the place of beginning.

CONTAINING 3.627 acres.

BEING Lot No. 1A as shown on a plan entitled "Final Subdivision Plan for Woodlawn Memorial Gardens, Inc., Lower Paxton Township, Dauphin County, Pennsylvania" dated March 17, 1982 and prepared by Michael C. D'Angelo, Registered Surveyor, New Cumberland, Pennsylvania, which Plan was approved by the Planning and Zoning Commission of Lower Paxton Township April 14, 1982 and by the Board of Supervisors of Lower Paxton Township May 3, 1982 as recorded in Dauphin County Plan Book P Volume 3 at Pages 26

BEING a part or portion of the premises which Woodlawn Farm Corporation, by its Deed dated March 18, 1958 and recorded in the Office of the Recorder of Deeds in and for Dauphin County, Pennsylvania in Deed Book "B", Volume 43, at Page 255, granted and conveyed unto Woodlawn Memorial Gardens, Inc., Grantor herein.

BOOK 290 PAGE 523

**Central Dauphin School District**
DAUPHIN COUNTY, PA.
REAL ESTATE
TRANSFER
TAX
MAY 19'82
**4 0 8. 0 4**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF REVENUE**
REALTY
TRANSFER
TAX
MAY 19'82
**8 1 6. 0 8**

P.B. 11145

M. 8. 816.08

This Indenture, conveying the within premises, is executed and delivered by the Grantor to the Grantee pursuant to Resolution adopted by the Board of Directors of the Grantor as provided for under its By-Laws in compliance with the provisions of the Non-Profit Corporation Laws of the Commonwealth of Pennsylvania.

Together with all and singular the buildings, privileges, hereditaments and appurtenances whatsoever thereunto belonging, or in anywise appertaining, and the reversions and remainders, rents, issues and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of it, the said   Grantor

Twp.
Dist. of _Lower Paxton_
Dauphin County, Pennsylvania
1/2% Real Estate Transfer Tax
Date 5-19-82 Amt. 408.04
_Mary E. Bauer_
Collecting Agent

either in law or equity, of, in and to the same.

**To have and to hold**   the said messuage   or tenement   or piece   of ground above described, hereditaments and premises hereby granted, bargained and sold, or mentioned, or intended so to be, with the appurtenances, unto the said   Grantee, his heirs, successors

and assigns, to and for the only proper use and behoof of the said   Grantee, his heirs, successors

and assigns forever.

And the said party of the first part for itself and its successors, does hereby covenant and agree to and with the said   Grantee, his heirs, successors

the said party of the first part and its successors, all and singular the said hereby granted, premises, with the appurtenances, unto the said   Grantee, his heirs, successors   and assigns, that it

and assigns, against it the said party of the first part and its successors, and against all and every other person and persons whomsoever lawfully claiming or to claim the same or any part thereof

**Shall and Will Warrant and Forever Defend**   by these presents.

**And** it,   the said   Grantor,   doth

hereby constitute and appoint  its President, Nelson E. Walrath, Jr.  to be its attorney, for it and in its name, and as and for its corporate act and deed to acknowledge this deed before any person having authority by the laws of the Commonwealth of Pennsylvania to take such acknowledgment, to the intent that the same may be duly recorded.

**In Testimony Whereof**   the said Woodlawn Memorial Gardens, Inc. has caused this Indenture to be signed by its President, attested by its Secretary and affixed hereunto the common and corporate seal of the said Corporation; that the seal affixed hereto is the seal of said Corporation, that it was so affixed by order of the Board of Directors of said Corporation, and that they signed their names hereto by like order, the day and year first above written.

Signed, Sealed and Delivered
in the presence of—

_Nelson E. Walrath Jr._
Nelson E. Walrath, Jr.,   President.

_Mauxxx. C. Bxxxx_

Attest:

_Margot E. Walrath_
Margot E. Walrath,   Secretary, Treasurer

BOOK **290** PAGE **524**

State of

County of

On this, the     day of     19

before me

personally appeared     the undersigned officer,

    who acknowledged himself to be the

of

a corporation, and that he as such     , being authorized to do so, executed the foregoing

instrument for the purposes therein contained by signing the name of the corporation by himself as

In witness whereof, I hereunto set my hand and official seal

_____

Title of Officer

State of   Pennsylvania

County of   Dauphin

I hereby certify that on this   19th   day of MAY

in the year of our Lord, one thousand nine hundred and   eighty-two (1982)   before me,

the subscriber   personally

appeared   Nelson E. Walrath Jr.   , the attorney named in the foregoing Deed, and by virtue

of and in pursuance of the authority therein conferred upon

him, acknowledged the said deed to be the act and deed

of the said Woodlawn Memorial Gardens, Inc.

Witness my hand and   Notarial   seal the day and year aforesaid

_Maxine T. Barnes_

MAXINE T. BARNES, Notary Public
Harrisburg, Dauphin Co., Pa.
My Commission Expires Aug. 16, 1985

Mail to P.O. Box 3651
Harrisburg Pa. 17105
John H. Green atty for grantee

---

No.

**Deed**

Woodlawn Memorial Gardens, Inc.

from Corporation

to

The Most Reverend Joseph T. Daley,
Bishop in trust for the Roman
Catholic Diocese of Harrisburg

Deed

For Premises located in Lower

Paxton Township

Consideration $81,607.50

Recorded

Office of

County of

Received for record in the Recorder's

_____, Recorder.

Page ____   day of ____ Fees $ ____

G. L. Boscov Co. 4340 Derry St., Harrisburg, Pa.
Phone 564-0240

---

Commonwealth of Pennsylvania

Dauphin   County,

Recorded on this   19th   day of   May

A. D. 19 82, in the Recorder's office of said County in Deed Book   290

Vol.   , Page 525

Given under my hand and seal of the said Office, the date above written.

_Mary E. Green_   Recorder.

**Exhibit B-3**

4888-4423-8089.2

Tax Parcel # 35-067-095

2639
RECEIVED
RECORDERS OFFICE

Jul 2 10 31 AM '99

DAUPHIN COUNTY
PENNA

# This Deed

Made the 29th day of June, Nineteen Hundred and Ninety-Nine (1999).

BETWEEN ERNEST E. CHAMPAGNE, Trustee, under a Declaration of Trust, and ERNEST E. CHAMPAGNE, widower, individually, of Lower Paxton Township, County of Dauphin and Commonwealth of Pennsylvania, GRANTOR and party of the first part

AND

THE MOST REVEREND NICHOLAS C. DATTILO, BISHOP OF THE ROMAN CATHOLIC DIOCESE OF HARRISBURG, as Trustee for all real estate within the Diocese of Harrisburg, County of Dauphin and Commonwealth of Pennsylvania, GRANTEE and party of the second part.

WITNESSETH that the said party of the first part, for and in consideration of the sum of THREE HUNDRED SIXTY THOUSAND DOLLARS ($360,000.00) lawful money of the United States of America, unto him well and truly paid by the said party of the second part, at or before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, have granted, bargained, sold, aliened, enfeoffed, released, conveyed and confirmed, and by these presents do grant, bargain, sell, alien, enfeoff, release, convey and confirm, unto the said party of the second part, his heirs and assigns forever,

ALL THAT CERTAIN piece or parcel of land situate in Lower Paxton Township, Dauphin County, Commonwealth of Pennsylvania, more particularly bounded and described as follows, to wit:

BEGINNING at a point located along State Route 3017, also known as Rutherford Road; thence along the northern boundary of other lands of the Roman Catholic Diocese of Harrisburg, and partially along the boundary of lands now or formerly of the Church of Latter Day Saints, South eighty degrees forty-four minutes zero seconds West, five hundred sixty-eight and thirty-six hundredths feet (N. 80° 44' 00" 568.36') to an iron pin; thence along lands now or formerly of Woodlawn Memorial Gardens, North eighteen degrees four minutes four seconds West, two hundred forty-seven and zero hundredths feet (N. 18° 04' 04" W. 247.00') to an iron pin; thence along the southern boundary of Lot No. 1 on the hereinafter mentioned

BK3446PG 537

*Subdivision Plan, North seventy-nine degrees thirty-nine minutes fifteen seconds East four hundred ninety-two and fifty-one hundredths feet (N. 79° 39' 15" E. 492.51') to a concrete monument located along State Route 3017, also known as Rutherford Road; thence along said State Route 3017 by a curve to the left, with a radius of 995.37' and LC = 272.33', L = 273.19', to a point; thence South twenty-one degrees twenty-three minutes twenty-two seconds East, five and fifty-two hundredths feet (S. 21° 23' 22" E. 5.52') to a point, the point and place of BEGINNING.*

*BEING Lot No. 2 on a Preliminary/Final Subdivision Plan prepared for Ernest E. Champagne by Act One Consultants, Inc., Civil Engineering and Surveying, with said Plan dated February 15, 1999 and recorded in the Recorder of Deeds Office of Dauphin County in Plan Book C, Volume 7, Page 3.*

*SAID LOT CONTAINING 3.000 acres of ground. Subject to all notes, conditions, and restrictions on said Subdivision Plan.*

*BEING part of the same premises referred to in a Quit-Claim Deed signed by Ernest E. Champagne on June 14, 1988, with said Quit-Claim Deed being recorded in the Recorder of Deeds Office of Dauphin County in Record Book 1582, Page 562. This Deed is being executed by Ernest E. Champagne, individually, and as Trustee for the Trust referred to in the Quit-Claim Deed. The Declaration of Trust established by Ernest E. Champagne specifically provided that the Trustee had full and complete authority to sell real estate and in addition Ernest E. Champagne is the sole trustee of the aforesaid Trust, with the full authority to sell real estate.*

*TOGETHER with all and singular the buildings and improvements, ways, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances whatsoever thereunto belonging or in anywise appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of the said party of the first part, in law, equity or otherwise, howsoever, in and to the same and every part thereof.*

*TO HAVE AND TO HOLD the said lot or piece of ground above-described with the messuage or tenement, thereon erected, hereditaments and premises hereby granted, or mentioned, and intended so to be, with the appurtenances, unto the said party of the second part, his heirs and assigns, to and for the only proper use and behoof of the said party of the second part, his heirs and assigns, FOREVER*

*AND the said party of the first part, for himself, his heirs, executors and administrators, do by these presents covenant, grant and agree to and with the said party of the second part, his heirs and assigns, that they the said party of the first part, their heirs all and singular the hereditaments and premises herein above described and granted, or mentioned, and intended so to be, with the appurtenances, unto the said party of the second part, his heirs and assigns, against*

BK 3446 PG 538

them, the said party of the first part, and his heirs, and against all and every other person or persons whomsoever, lawfully claiming or to claim the same or any part thereof,

**SHALL AND WILL SPECIALLY WARRANT AND DEFEND**

IN WITNESS WHEREOF, the said party of the first part have to these presents set their hands and seals, dated the day and year first above written.

Signed, Sealed and Delivered
In the Presence of

_(signature)_ _____

_(signature)_ _____

_(signature)_ (SEAL)
**ERNEST E. CHAMPAGNE, Trustee**
under a Declaration of Trust

_(signature)_ (SEAL)
**ERNEST E. CHAMPAGNE, Individually**

Case 1:20-bk-00599-HWV    Doc 916    Filed 01/11/22    Entered 01/11/22 15:44:15    Desc
Main Document    Page 20 of 97

*COMMONWEALTH OF PENNSYLVANIA:*

                     :

*COUNTY OF DAUPHIN*    :

     *On this the 29th day of June, 1999, before me a Notary Public, the undersigned officer, personally appeared ERNEST E. CHAMPAGNE, Trustee, and ERNEST E. CHAMPAGNE, individually, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purpose therein contained.*

     *IN WITNESS WHEREOF, I have hereunto set my hand and official seal.*

*Notary Public*

> **Notarial Seal**
> Susan C. Hartman, Notary Public
> Lower Paxton Twp., Dauphin County
> My Commission Expires July 25, 2000
> Member, Pennsylvania Association of Notaries

     *I hereby certify that the precise address of the Grantee herein is:*

*P.O. Box 3651, 4800 Union Deposit Road, Harrisburg, Pennsylvania 17105*

I hereby CERTIFY that this document is
recorded in the Recorder's Office of
Dauphin County, Pennsylvania.

**TERRENCE J. KERWIN, ESQUIRE**
**Attorney for Grantee**

Philip Spasell
Recorder of Deeds

D:\XII\DEED\DTO-CHAM.PGH

**BK3446PG 540**

**Exhibit B-4**

4888-4423-8089.2

Tax Parcel # 35-067-094

1772

RECEIVED
RECORDERS OFFICE

Jan 19  10 09 AM '99

DAUPHIN CO
PENN

# This Deed

Made the _8th_ day of January, Nineteen Hundred and Ninety-Nine (1999).

BETWEEN DILLON REAL ESTATE CO., INC., a Kansas Corporation, located in the State of Kansas, GRANTOR and party of the first part

AND

THE MOST REVEREND NICHOLAS C. DATTILO, BISHOP OF THE ROMAN CATHOLIC DIOCESE OF HARRISBURG, Trustee, of the County of Dauphin and Commonwealth of Pennsylvania, GRANTEE and party of the second part.

WITNESSETH that the said party of the first part, for and in consideration of the sum of NINETY-FIVE THOUSAND DOLLARS ($95,000.00) lawful money of the United States of America, unto it well and truly paid by the said party of the second part, at or before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained, sold, aliened, enfeoffed, released, conveyed and confirmed, and by these presents do grant, bargain, sell, alien, enfeoff, release, convey and confirm, unto the said party of the second part, his heirs and assigns forever,

ALL THAT CERTAIN piece or parcel of ground situate in the Township of Lower Paxton, County of Dauphin and Commonwealth of Pennsylvania, more particularly bounded and described as follows, to wit:

BEGINNING at a point designated on the hereinafter-mentioned Subdivision Plan as the P.O.B. & Primary Control Point, with said point located on the eastern side of Old Rutherford Road and at the southwest corner of the Lot herein-described; thence North fourteen degrees thirty-nine minutes zero seconds West, three hundred forty-five and thirty-one hundredths feet (N. 14° 39' 00" W., 345.31') to a point; thence continuing along the eastern side of Old Rutherford Road North sixteen degrees twenty-eight minutes zero seconds West, two hundred forty-two and sixty-four hundredths feet (N. 16° 28' 00" W., 242.64') to a point; thence by a curve to the left with a radius of 1,015.36 feet and a length of 338.82 feet to a point; thence North twenty-six degrees forty minutes fifty-nine seconds East, twenty and zero

BK 3309 PG 212

hundredths feet (N. 26° 40' 59" E., 20.00') to a concrete monument located along State Route 3017, also known as Rutherford Road; thence continuing along State Route 3017, known as Rutherford Road, South sixty-three degrees nineteen minutes one second East, one hundred twenty-two and ninety-five hundredths feet (S. 63° 19' 01" E., 122.95') to a point; thence along a portion of Lot No. 1 on the hereinafter-mentioned Subdivision Plan, South sixty-nine degrees thirty-eight minutes twenty-nine seconds West, two hundred and fifty-six hundredths feet (S. 69° 38' 29" W., 200.56') to a point; thence continuing along a portion of Lot No. 1 on the hereinafter-mentioned Subdivision Plan, South sixteen degrees twelve minutes nineteen seconds East, two hundred forty-one and eighty-three hundredths feet (S. 16° 12' 19" E., 241.83') to a point located on the northern side of State Route 3020, also known as Union Deposit Road; thence continuing along the northern side of State Route 3020, known as Union Deposit Road, by a curve to the right with a radius of 1402.69 feet, and a length of 117.62 feet to a point, the point and place of BEGINNING.

CONTAINING a total of 1.68 acres of ground.

BEING Lot Number 2 on a Preliminary/Final Subdivision Plan for Turkey Hill Market, prepared by Act One Consultants, Inc., said Plan being dated June 15, 1998 and recorded in the Recorder of Deeds Office of Dauphin County in Plan Book "X", Volume 6, Page 37.

SUBJECT to all rights of way, notes, restrictions and comments set forth on said Subdivision Plan.

BEING part of the same premises which Argyle, Inc., a Pennsylvania Corporation, by a Deed dated July 14, 1994, and recorded in the Recorder of Deeds Office of Dauphin County in Record Book 2260, Page 267, granted and conveyed unto Dillon Real Estate Company, Inc., a Kansas Corporation, the GRANTOR herein.

AND the Grantees, for themselves, their heirs and assigns, do by these presents, covenant and agree with the Grantor, its successors and assigns, that the premises shall not be used for purposes of any business similar to that of Grantor, including without limitation, any food store, dairy store or gasoline station, and this covenant shall run with the land and shall bind all the Grantees, lessees, licensees or other successors in interest or title of any kind in or to any part of the premises.

TOGETHER with all and singular the buildings and improvements, ways, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances whatsoever thereunto belonging or in anywise appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all the estate, right, title, interest,

property, claim and demand whatsoever of the said party of the first part, in law, equity or otherwise, howsoever, in and to the same and every part thereof.

TO HAVE AND TO HOLD the said lot or piece of ground above-described with the messuage or tenement, thereon erected, hereditaments and premises hereby granted, or mentioned, and intended so to be, with the appurtenances, unto the said party of the second part, his heirs and assigns, to and for the only proper use and behoof of the said party of the second part, his heirs and assigns, FOREVER

AND the said party of the first part, for itself, its successors and assigns, do by these presents covenant, grant and agree to and with the said party of the second part, his heirs and assigns, that they the said party of the first part, its successors and assigns all and singular the hereditaments and premises herein above described and granted, or mentioned, and intended so to be, with the appurtenances, unto the said party of the second part, his heirs and assigns, against it, the said party of the first part, and its successors and assigns, and against all and every other person or persons whomsoever, lawfully claiming or to claim the same or any part thereof,

SHALL AND WILL SPECIALLY WARRANT AND DEFEND

IN WITNESS WHEREOF, the said Grantor has caused this Deed to be signed by an authorized officer of the Corporation with full authority of the Corporation's Board of Directors, the day and year first above written.

ATTEST:                                      DILLON REAL ESTATE CO., INC.,
                                             a Kansas Corporation

_Scott M. Henderson_                         _Robert Moeder_
Secretary, Scott M. Henderson                Robert Moeder, Vice President

(SEAL)

BK 3309 PG 214

**STATE OF** Kansas :

**COUNTY OF** Reno :

On this, the __8__ day of January, 1999, before me, the undersigned officer, personally appeared Robert Wonder , who acknowledges himself/herself to be the Vice President of DILLON REAL ESTATE CO., INC., the foregoing Corporation, and that as such, he/she, being authorized by such Corporation to do so, executed the foregoing Deed for the purpose therein contained by signing his/her name thereon as such.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

Rhonda K. Baker
Notary Public

RHONDA K. BAKER
NOTARY PUBLIC
STATE OF KANSAS
MY APPT. EXPIRES 9-6-99

I hereby certify that the precise address of the Grantee herein is:

4800 Union Deposit Road, P.O. Box 3651, Harrisburg, PA 17105

I hereby CERTIFY that this document is recorded in the Recorder's Office of Dauphin County, Pennsylvania.

TERRENCE J. KERWIN, ESQUIRE
Attorney for Grantee

Philip Spasoff
Philip Spasoff
Recorder of Deeds

RECORDER OF DEEDS OF DAUPHIN COUNTY
PENNSYLVANIA

BK3309PG 215

**Exhibit C**

4888-4423-8089.2

 LanCo View Version 2.0     Made with WebApp Builder for ArcGIS

650 Juliette Ave

**Parcel Address: 650 JULIETTE AVE**

| | |
|---|---|
| Account | 3904950500000 |
| Address | 650 JULIETTE AVE |
| Deed Area | 4.86 |
| Subplan | |
| Sale Price | 0 |
| Total Assessment | 7,757,000 |
| Tax Exempt | Y |
| Sale Date | 19000101 |
| Deed Reference | Y-380255 |
| Municipality | MANHEIM TOWNSHIP |
| Preserved Farm | |

Zoom to

1:2,400

-76.296 40.057 Degrees

TO HAVE AND TO HOLD the said lot or piece of ground above described, together with the hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantees, their heirs and assigns, to and for the only proper use and behoof of the said Grantees, their heirs and assigns forever, as tenants by the entirety.

AND the said Grantor, her heirs, executors and administrators do covenant, promise and agree, to and with the said Grantees, their heirs and assigns, by these presents, that she, the said Grantor, her heirs and assigns all and singular the hereditaments and premises hereby granted or mentioned and intended so to be, with the appurtenances, unto the said Grantees, their heirs and assigns, against her, the said Grantor, her heirs and assigns and against all and every person and persons whomsoever lawfully claiming or to claim the same or any part thereof, by, from or under her or any of them, shall and will warrant and forever defend.

IN WITNESS WHEREOF, the party of the first part has hereunto set her hand and seal Dated the day and year first above written.

Sealed and Delivered in the presence of us:                    Florence Trone        (SEAL)

   Helen M. Crenshaw, A. W. Reese                    ,

RECEIVED on the day of the date of the above Indenture, of the above named Grantees the sum of One Dollar.

Witnesses Present:                                Florence Trone        (SEAL

   Helen M. Crenshaw, A. W. Reese

STATE OF PENNSYLVANIA, COUNTY OF LANCASTER, SS:  On the 8th day of May Anno Domini 1947, before me, the subscriber, a Notary Public for the Commonwealth of Pennsylvania, residing in the County of Lancaster personally appeared the above-named Florence Trone, single person and in due form of law acknowledged the above Indenture to be her act and deed, and desired the same might be recorded as much. WITNESS my hand and Notarial seal the day and year aforesaid. My commission expires Jan. 7, 1951.            Helen M. Crenshaw, Notary Public (N.P.SEAL)

I HEREBY CERTIFY that the full consideration for the within conveyance is One Dollar.                                Florence Trone

The address of the above-named Grantees is Old Philadelphia Pike, E. Lampeter Twp. Lanc. Co., Pa.                            A. W. Reese, On behalf of the Grantees.

Recorded May 8, 1947. . . . . . . . . . . . . . . . . . . . . . . . . *Elgar N White* . . . . Recorder.

16210    GRACE A. KIRK            )    THIS DEED, Made the 30th day of June in the year Nineteen
              TO                        )    Hundred and Forty-seven (1947) BETWEEN GRACE A. KIRK, widow,
   THE ROMAN CATHOLIC DIOCESE )    of the Township of Manheim, County of Lancaster and State of
      OF HARRISBURG            )    Pennsylvania, party of the first part, hereinafter called

Grantor, and RT. REV. GEORGE L. LEECH, BISHOP OF THE DIOCESE OF HARRISBURG, IN TRUST FOR THE ROMAN CATHOLIC DIOCESE OF HARRISBURG TO BE USED FOR THE CATHOLIC HIGH SCHOOL FOR THE CITY OF LANCASTER AND VICINITY AND HIS SUCCESSOR IN OFFICE, of the City of Harrisburg, County of Dauphin and State of Pennsylvania, party of the second part, hereinafter called Grantee,

WITNESSETH, That in consideration of One ($1.00) Dollar, in hand paid, the receipt whereof is hereby acknowledged, the said grantor does hereby grant and convey to the said grantee, his successors or assigns,

ALL THAT CERTAIN tract of land situated on the Southeast side of Juliette Avenue, Township of Manheim, County of Lancaster and State of Pennsylvania, bounded and described as follows, to wit:

BEGINNING at an iron pin on the Southeast side of Juliette Avenue a distance of two hundred fifty-four feet four and three-fourth inches from the northeast corner of Juliette Avenue and Frances Avenue; thence extending along the southeast side of Juliette Avenue, North forty-

seven degrees thirty-five minutes east, a distance of forty feet, more or less, to an iron pin in line of 1-nd of the Grantor herein; thence extending at right angles and in a line perpendicular to Juliette Avenue Southeastwardly along property of the Grantor herein a distance of thirty-four feet, more or less, to a point in line of land of the Grantee herein; thence along land of the Grantee herein bye a curved line to the left having a radius of five hundred six and seven-tenths feet a distance of forty-five and one-tenths feet more or less to a point and thence extending in a northwestwardly direction along other land ofthe Grantee herein a distance of thirteen feet, more or less to the southeast side of Juliette Avenue the place of Beginning.

The courses and distances hereinbefore set forth are in accordance with survey of H. N. Crawford, C. E., dated July 7, 1941 and revised February 7, 1942.

BEING part of the premises described as Purpart #2 which the Farmers Bank and Trust Company of Lancaster, Substituted Fiduciary of a mortgage of William H. Fiske and Susan B. Fiske, his wife, by their Deed dated August 1, 1942, and recorded in the Recorder's Office in and for the County of Lancaster in Deed Book U, Volume 35, Page 323, granted and conveyed to Grace A. Kirk, Grantor herein, her heirs and assigns.

And the said grantor does hereby warrant specially the property hereby conveyed, IN WITNESS WHEREOF, said grantor has hereunto set her hand and seal the day and year first above written. I HEREBY CERTIFY that the consideration in the within Deed is less than $100.00.
Signed, Sealed and Delivered in the presence of:          Grace A. Kirk          (SEAL)
Joseph N. Byers, Lillian M. Hess

COMMONWEALTH OF PENNSYLVANIA, COUNTY OF LANCASTER, SS:  On this, the 30th day of June, 1947, before me the undersigned officer, personally appeared Grace A. Kirk, widow, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that she executed the same for the purpose therein contained.  IN WITNESS WHEREOF, I have hereunto set my hand and Notarial seal.

My commission expires Jan. 7, 1951.          Lillian M. Hess, Notary Public (N.P.SEAL)

I HEREBY CERTIFY that the precise address of the grantee herein is 111 State Street, Harrisburg, Pa.
                                        J. Hay Brown, Jr., Attorney.
Recorded July 9, 1947.
                                        Obed H. Shirk, Recorder.

16220 ANNIE K. LANDIS          }    THIS DEED, Made the Fourteenth day of May in the year Nineteen
                 TO            }    Hundred and Thirty-eight (1938) BETWEEN ANNIE K. LANDIS, widow,
ANNIE K. LANDIS, ET. AL.      }    of the Township of Conoy, County Lancaster and State of Pennsyl-
                                    vania, hereinafter called the Grantor, of the first part, and
                                                             the grantees of
ANNIE K. LANDIS and FRANCES K. YODER, of the same place, hereinafter called/the other part,

WITNESSETH, Thatin consideration of the sum of Twenty-six Hundred ($2,600.00) Dollars, in hand paid, the receipt whereof is hereby acknowledged,the said Grantor does hereby grant and convey to the said grantees, AS JOINT TENANTS WITH THE RIGHT OF SURVIVORSHIP TO THE ONE WHO LIVES THE LONGER;

ALL CERTAIN MESSUAGE ANDT RACT OF LAND situated in the Township ofConoy, Conoy, County of Lancaster and State of Pennsylvania, bounded and described as follows, to wit:

BEGINNING at a stone in a public road, thence in said road, South fifty-three and one-half degress west, two chains and eighty-five links to a stone; South forty-six and one-half degrees west, six chains and fourteen links to a stone; south forty-seven and one-fourth degrees west, thirty-six links to a stone; thence south fifty-nine degreeswest, one chain and eighty-nine links to a stone; thence south fifty-seven degrees west, two chains and ninety-six links to a stone; thence south seventy degrees west, five chains and twenty-seven links to a stone at the intersection of another public road with said road; thence in the middle of

**Exhibit D**

4888-4423-8089.2



# Lebanon County  Property Viewer

**Map Number (UPI): 02-2335123-368240-0000**

| | |
|---|---|
| Map Number | 02-2335123-368240-0000 |
| Owner | BISHOP OF DIOCESE OF HARRISBRG |
| Owner - Second Listed | LEBANON CATHOLIC HIGH SCHOOL |
| Mailing Address | 1400 CHESTNUT ST |
| City | LEBANON |
| State | PA |
| Zip Code | 17042-4590 |
| Site Address | 1400 CHESTNUT ST |
| House Number | 1400 |
| Municipallity | LEBANON CITY, WARD 2 |
| School District | LEBANON |
| Deed Book and Page Number | Q-09-0393 |
| Acreage | 13.28 |
| Land Assessment | 704,500 |
| Building Assessment | 4,584,200 |
| Total Assessment | 5,288,700 |
| Sale Date | 9/9/1956 |
| Sale Price | 0 |

Zoom to

200ft

76.432 40.337 Degrees

All rights reserved

*Lebanon Catholic High School*

THIS INDENTURE MADE THE Sixteenth day of August, in the year Nineteen hundred and fifty-six (1956.)
BETWEEN THE MOST REVEREND GEORGE L. LEECH, Bishop of the Diocese of Harrisburg, in trust for the
Roman Catholic Congregation of the Assumption of the Blessed Virgin Mary Church, Lebanon, Lebanon
County, Pennsylvania, party of the first part; and THE MOST REVEREND GEORGE L. LEECH, Bishop of
the Diocese of Harrisburg, in trust for the congregations of Assumption of the Blessed Virgin Mary
Church, Lebanon, Lebanon County, St. Gertrude's Church, Lebanon, Lebanon, County, St. Cyril
and Methodius' Church, Lebanon, Lebanon County, Sacred Heart of Jesus Church, Cornwall, Lebanon
County, St. Paul the Apostle Church, Annville, Lebanon, County and St. Joan of Arc Church, Hershey
Dauphin County, and such other congregations, now in existence or hereafter to be created as may
by proper authority be granted the use of the said educational facilities of Lebanon Catholic High

School, of the Second part.

WITNESSETH, That the said party of the first part, for and in consideration of the sum of One Dollar lawful money of the United States of America, unto him well and truly paid by the said party of the second part, at or before the sealing and delivery of these presents, the receipt whereof, is hereby acknowledged, has granted, bargained, sold, aliened, enfeoffed, released, conveyed and confirmed and by these presents does grant, bargain, sell, alien, enfeoff, release, convey and confirm unto the said party of the second part, his successors and assigns forever,

ALL THAT CERTAIN messuage, tenement and tract of land situate in the City of Lebanon, in the County of Lebanon and State of Pennsylvania, bounded and described as follows, to wit:

BEGINNING at a stake at the intersection of the west right of way line of the Cornwall Railroad with the north side of Walnut Street; thence along the north side of said Walnut Street south fifty-three (53) degrees and fifteen (15) minutes west fifteen (15) feet to a point; the southeast corner of land now or late of Edwin H. Bressler; thence by said land fifteen (15) feet westward from the above mentioned right of way line and parallel thereto, north forty-five (45) degrees and fifteen (15) minutes west one hundred and sixty-five (165) feet to an iron pipe; thence by the same land the following two courses and distances; south eighty-five (85) degrees and five (5) minutes west two hundred and twenty-seven (227) feet to an iron pipe, and south four (4) degrees and fifty-five (55) minutes east, one hundred and fifty (150) feet to an iron pipe on the north side of said Walnut Street, thence along the north side of said Walnut Street, south eighty-five (85) degrees and five (5) minutes west ten hundred and sixty (1060) feet to an iron pipe; thence along the east side of a lane by land of the Bressler Metal Works the following five courses and distance; north two (2) degrees and thirty-five (35) minutes west two hundred and seventy-nine and four tenths (279.4) feet to an iron pipe; north eighty-seven (87) degrees and twenty-five (25) minutes east one hundred and twenty-five (125) feet to an iron pipe; north two (2) degrees and thirty-five (35) minutes west two hundred and fifty (250) feet to an iron pipe; south eighty-seven (87) degrees and twenty-five (25) minutes west one hundred and twenty-five (125) feet to an iron pipe; and north two (2) degrees and thirty-five (35) minutes west one hundred and forty-two and three tenths (142.3) feet to an iron pipe on the south side of Chestnut Street; thence along the south side of said Street south eighty-six (86) degrees and forty-two (42) minutes east six hundred and eighty-eight and six tenths (688.6) feet to a corner of Cornwall Railroad Office lot; thence by said lot the three following courses and distances; south fifty (50) degrees and thirty (30) minutes east one hundred and fifty-two and five tenths (152.5) feet to an iron pin; south seventy-eight (78) degrees and thirty-seven (37) minutes east one hundred and thirty-one and fifty-two hundredths (131.52) feet to an iron pin, and north thirty-five (35) degrees and fifty-seven (57) minutes east ninety-one and fifty-seven hundredths (91.57) feet to an iron post on the west right of way line of the Cornwall Railroad; thence along said right of way line, thirty (30) feet westward from the center line of said Railroad, south forty-five (45) degrees and fifteen (15) minutes east six hundred and five and six tenths (605.6) feet to the place of BEGINNING.

UNDER AND SUBJECT to the right of ingress, egress and regress, to C. O. Bressler and Edwin H. Bressler, their heirs and assigns forever, in to and over a certain alley lying east of the said Edwin H. Bressler tract, bounded and described as follows:
BEGINNING at a stake at the intersection of the West right of way line of the Cornwall Railroad with the north side of Walnut Street; thence along the north side of Walnut Street south fifty-three (53) degrees fifteen (15) minutes West fifteen (15) feet to a point, the southeast corner of land of Edwin H. Bressler, thence by said land fifteen (15) feet westward from the above mentioned right of way line and parallel thereto, north forty-five (45) degrees fifteen (15) minutes west one hundred and sixty-five (165) feet to an iron pin; thence north eighty-five (85) degrees five (5) minutes east fifteen (15) feet, more or less, to the said west right of way line of the said railroad; thence along said right of way line thirty (30) feet westward from the center line of said railroad south forty-five (45) degrees fifteen (15) minutes east one hundred and

sixty-five (165) feet, more or less, to a point the place of beginning.
BEING the same premises which the American Legion Home Association by its Indenture dated May 13, 1950, recorded May 24, 1950, in the Recorder's Office of Lebanon County, in Corporation Deed Book No. 10, page 581, etc., granted and conveyed unto The Most Reverend George L. Leech, Bishop of the Diocese of Harrisburg, in trust, etc., his successors and assigns, reference being thereunto had will more fully and at large appear.
TOGETHER with all and singular the improvements, ways, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances whatsoever thereunto belonging or in anywise appertaining and the reversions and remainders, rents, issues and profits thereof; AND ALL the estate, right,

title,, interest, property, claim and demand whatsoever of the said party of the first part, in law, equity or otherwise howsoever, in and to the same and every part thereof.

TO HAVE AND TO HOLD the said messuage, tenement and tract of land, hereditaments and premises hereby granted, or mentioned, and intended so to be, with the appurtenances, unto the said party of the second part, his successors and assigns, to and for the only proper use and behoof of the said party of the second part, his successors and assigns FOREVER.

AND the Most Reverend George L. Leech, Bishop of the Diocese of Harrisburg, in trust, etc. the said party of the first part, for himself, his successors and assigns, by these presents, covenant grant, and agree to and with the said party of the second part, his successors and assigns, that he the said party of the first part, his successors and assigns, all and singular the hereditaments and premises herein above described and granted, or mentioned, and intended so to be, with the appurtenances, unto the said party of the second part, his successors and assigns against him the said party of the first part, and his successors and against all and every other person or persons whomsoever lawfully claiming or to claim the same or any part thereof. SHALL AND WILL WARRANT AND FOREVER DEFEND.
IN WITNESS WHEREOF, the said party of the first part, has to these presents set his hand and seal Dated the day and year first above written.
SIGNED, SEALED AND DELIVERED in the Presence of
Damian E. M. Govern                          George L. Leech,                    (SEAL)
STATE STAMPS $70.00  A. G. W.  9-10-56        (the Most Reverend George L. Leech,
AFFIDAVIT FILED:                               Bishop of the Diocese of Harrisburg
                                              in trust, etc.)
I HEREBY CERTIFY that no consideration passed with this conveyance and that no Federal documentary Stamps are necessary.
                                         Joseph M. Hill, Attorney
COMMONWEALTH OF PENNSYLVANIA COUNTY OF LEBANON SS:
ON THIS, THE sixteenth day of August, 1956, before me a Notary Public, in and for said State and County, the undersigned officer, personally appeared The Most Reverend George L. Leech, Bishop of the Diocese of Harrisburg, in trust, etc. known to me (or satisfactorily proven) to be the person whose name: is subscribed to the within instrument, and acknowledged that he executed the same for the purpose therein contained.
IN WITNESS WHEREOF, I have hereunto set my hand and notarial seal.
             (NOTARIAL SEAL)              William O. Bridy, Notary Public
                                          My commission expires August 12, 1958
                                          Dauphin County, Harrisburg, Pa.
   I HEREBY CERTIFY that the precise address of the grantee herein is 111 State Street, Harrisburg Pa.
                                         Joseph M. Hill, Attorney for Grantee
REGISTERED in the Office of the City Engineer. Bureau of Registration of Real Estate, Frank L. Gardner, City Engineer. Per James. T. Frantz. Date 9-13-56.


RECORDED SPTEMBER 10, 1956  10:15 A. M.         SALLIE McK. HARTMAN, RECORDER

**Exhibit E**

4888-4423-8089.2

**NC_Parcels: 001-00-067-125**

| | |
|---|---|
| Name | 001-00-067-125 |
| RESIDENCY | NON-RESIDENT |
| OWNER_NAME | ROMAN CATHOLIC DIOCESE -HBG |
| LOCATION | 2001 CLINTON AVE |
| DEED_INFO1 | 375-506 |
| DEED_INFO2 | |
| DEED_INFO3 | |
| DEED_ACRES | 15.77 |
| SALE DATE | 12/30/1966 |
| SALE PRICE | 1 |

Zoom to

-76.584 40.786 Degrees

10ft

<

506

of Lot Thirteen (13) in Block Forty-four (44); said one-half lot being fifteen (15')
feet in width on Scott Street and extending of that width in depth one hundred fifty (150')
feet to Fir Street. WHEREON is erected one-half of a double, two-story dwelling, municipally
numbered 915 Scott Street, Kulpmont, Pennsylvania.

BY THE COURT:

/s/ ROBERT M. FORTNEY, P. J.

Extracted from the records
and certified this 28th day of May
A. D. 1957. (OFFICIAL)
LESTER ALBRIGHT
Clerk of the Orphans' Court

RECORDED: MAY 28, 1957

*Lester Albright*

RECORDER:

DEED

SHAMOKIN & TREVORTON BUS LINES COMPANY

TO

THE MOST REVEREND GEORGE L. LEECH, D.D.
BISHOP, IN TRUST

ENTERED:  MAY 31, 1957

THIS INDENTURE MADE the thirty first day of May in the
year of our Lord one thousand nine hundred and fifty-seven (1957).
Between Shamokin & Trevorton Bus Line Company, a Pennsylvania
corporation with its principal place of business in the City
of Shamokin, Northumberland County, Pennsylvania, grantor and
The Most Reverend George L. Leech, D.D.Bishop of the Diocese
of Harrisburg, in trust for the Roman Catholic Congregations of
Saint Anthony (in the Village of Ranshaw), Saint Joseph and
Saint Stephen, all in Coal Township, Queen of the Most Holy
Rosary in the Village of Elysburg, Ralpho Township, Assumption
of the Blessed Virgin Mary, Saint Edward, Saint Michael the
Archangel and Saint Stanislaus Kostka in the City of Shamokin,
and Saint Patrick in the Village of Trevorton in Zerbe Township,
all in Northumberland County, Pennsylvania, and such other
congregations now in existance, or hereafter to be created, as may by proper authority be granted the use
of the educational facilities of Shamokin Catholic High School, grantee

WITNESSETH, that the said grantor for and in consideration of the sum of twelve thousand five
hundred dollars ($12,500.00) lawful money of the United States of America, unto it, well and truly paid by
the said grantee at and before the sealing and delivery of these presents, the receipt whereof is hereby
acknowledged, has granted, bargained, sold, aliened, enfeoffed, released and confirmed, and by these presents,
does grant, bargain, sell, alien, enfeoff, release and confirm unto the said grantee, its successors and
assigns,

The surface of all that certain piece or lot of land situate in Coal Township, Northumberland
County, Pennsylvania, bounded and described as follows:

BEGINNING at an iron axle located at the southeast corner of the premises hereby conveyed, said
point of beginning being located on the dividing line between the John Boyd Tract and The Thomas Hamilton
Tract and said point of beginning being distant 159.25 feet on a course of north 58 degrees 33 minutes west
from a point, which latter point is the southeast corner of the John Boyd Tract and the northeast corner
of the M.E.Leverson Tract; thence along the dividing line between the John Boyd Tract and the Thomas Hamilton
Tract north 58 degrees 33 minutes west a distance of 689.75 feet to an iron axle at the northeast corner of
the premises hereby conveyed; thence south 71 degrees 01 minutes west a distance of 1,241.57 feet
to an iron axle at the northwest corner of the premises hereby conveyed; thence south 25 degrees 50 minutes
east a distance of 400 feet to an iron axle at the southwest corner of the premises hereby conveyed; thence
north 71 degrees 01 minutes east a distance of 1,201.08 feet to an iron axle in the southern line of the
premises hereby conveyed; thence south 33 degrees 30 minutes east a distance of 184 feet to an iron axle;
thence south 89 degrees 04 minutes east a distance of 63.81 feet to an iron axle at the south line of the
premises hereby conveyed; thence north 69 degrees 35 minutes east a distance of 164.96 feet to an iron
axle; thence north 50 degrees 47  minutes east a distance of 172 feet to an iron axle, the place of
beginning, containing 14.18 acres more or less.

Subject to all of the exceptions, reservations, covenants, conditions, and agreements as set
forth in detail in deed from Lehigh Valley Coal Company to the grantor herein named, dated the 28th
day of May, 1957, and recorded in the office for the recording of deeds, &c in and for Northumberland County,
Pa., in Deed Book         page
The premises hereby conveyed are outlined in red on a white print of survey dated May 15, 1957,
a copy of which is attached hereto and made part hereof.
Being a part of the same premises which Lehigh Valley CoalCompany, by its deed last above
mentioned granted and conveyed unto the grantor herein named.

TOGETHER with all and singular the buildings, improvements, ways, waters, water courses, right,
liberties, privileges, hereditaments and appurtenances whatsoever thereunto belonging, or in anywise
appertaining, and the reversions and remainders, rents, issues and profits thereof; and all the estate, right,
title, interest, property, claim and demand whatsoever, of the said grantor in law, equity, or otherwise
howsoever, of, in and to the same and every part thereof.

TO HAVE AND TO HOLD the said lot or piece of ground above described together with the
hereditaments and premises hereby granted or mentioned and intended so to be, with the appurtenances,
unto the said grantee, his successors and assigns, to and for the only proper use and behoof of the said
grantee, his successors and assigns forever.

This deed is made under and by virtue of a resolution of the Board of Directors of grantor,
duly passed at a meeting thereof duly and legally held on the 23rd day of May, 1957.

And the said grantor for itself and its successors does by these presents, covenant, grant and
agree, to and with the said grantee, his successors and assigns, that it the said grantor and its
successors all and singular the hereditaments and premises herein above described and granted or mentioned
and intended so to be, with the appurtenances, unto the said grantee, his successors and assigns, against
it the said grantor and its successors and against all and every person or persons whomsoever lawfully
claiming or to claim the same or any part thereof, shall and will warrant and forever defend.

The said grantor doth hereby constitute and appoint George H. Jones to be its attorney, for it and
in its name and as and for its corporate act and deed to acknowledge this deed before any person having
authority by the laws of the Commonwealth of Pennsylvania to take such acknowledgment to the intent that the
same may be duly recorded.

In witness whereof, the said grantor has caused this indenture to be signed in its corporate name
by its president, and has caused to be affixed hereunto the common and corporate seal of the said corporation,
attested by its Secretary the day and year first above written.

SHAMOKIN & TREVORTON BUS LINE CO.

BY: GEORGE H. JONES

PRESIDENT
(CORPORATE SEAL)

ATTEST:

DOROTHY A. LEE., SECRETARY

| U. S. I. R. | PA. D. S. |
|---|---|
| G. H. J. | L. A. |
| 5/31/57 | 5/31/57 |
| $ 13.75 | $125.00 |

Received the day of the date of the above indenture of the above named grantee the sum of twelve thousand five hundred dollars ($12,500.00)

SHAMOKIN & TREVORTON BUS LINE COMPANY
BY: GEORGE H. JONES, PRESIDENT

STATE OF PENNSYLVANIA
COUNTY OF NORTHUMBERLAND   :SS

I hereby certify that on this thirty first day of May A; D. 1957, before me the subscriber, a Notary Public personally appeared George H. Jones, the attorney named in the foregoing deed, and by virtue and in pursuance of the authority therein conferred upon him, acknowledged the said deed to be the act of the said Shamokin & Trevorton Bus Line Company.

Witness my hand and notarial seal the day and year aforesaid.

LILLIAN S. RUSSELL (NOT'L SEAL) N. P.
My comm exps January 27, 1961

Certificate of Residence.

I do hereby certify that the precise residence of the within named grantee is 111 State Street, Harrisburg, Dauphin County, Pennsylvania.

ROBERT McK.GLASS, Attorney for grantee.

May 31, 1957

RECORDED: May 31, 1957

Recorder:   *Lester Albright*

---

ASSIGNMENT OF LEASE

THE FIRST NATIONAL BANK OF SUNBURY,

TO

HIGHWAY EXPRESS LINES, INC.

ENTERED:  MAY 31, 1957

THE FIRST NATIONAL BANK OF SUNBURY, A National Banking Association with its principal place of business in the City of Sunbury in Northumberland County, Sunbury, Pennsylvania, hereinafter called "Bank" hereby assigns, transfer and sets over unto HIGHWAY EXPRESS LINES, INC., a Delaware Corporation, hereinafter called "Highway", all its right, title and interest in and to a certain lease, a copy of which is attached hereto and made part hereof as Exhibit "A", dated June 1, 1951, between Russell K. Fishburn as Lessor and the Mason and Dixon Lines, Inc., as Lessee, covering premises located in the Township of Point, Northumberland County, Pennsylvania, on the northerly side of State Highway legislative Route 2 U.S. Rt. 11 (Northumberland Danville Highway) containing 3.25 acres, as more fully described in said lease, which lease is recorded in Deed Book 345, page 249, the lessor's interest in said lease having been assigned to "Bank" by Assignment dated and recorded June 15, 1951, in Deed Book 341 (2) page 302, and the Lessee's interest in said lease having been assigned to "Highway".

Russell K. Fishburn joins in this assignment for the purpose of indicating approval hereof, and the release of all rights in said lease.

IN WITNESS WHEREOF, the parties intending to be legally bound hereby, have executed these presents to be duly executed under seal this 31 day of May, 1957.

THE FIRST NATIONAL BANK OF SUNBURY
BY: CHARLES E. BLOOM, VICE PRESIDENT
(CORPORATE SEAL)
RUSSELL K. FISHBURN (SEAL)
ANNE S. FISHBURN (SEAL)

ATTEST:
C. R. REITZ, SECRETARY

COMMONWEALTH OF PENNSYLVANIA
:SS
COUNTY OF NORTHUMBERLAND

On the 31st day of May, 1957, before me the subscriber, a Notary Public personally appeared Russell K. Fishburn and Anne S. Fishburn, his wife, and in due form of law acknowledged the foregoing Assignment to be their act and deed and desired the same might be recorded as such; also personally appeared Charles E. Bloom, Vice President, and Trust Officer of The First National Bank of Sunbury, who being duly authorized to do so, acknowledged said Assignment to be the act and deed of the said The First National Bank of Sunbury.

Witness my hand and seal the day and year aforesaid.

LILLIAN S. RUSSELL (NOT'L SEAL) N. P.
My comm exps Jan 27, 1961

Recorded: May 31, 1957

Recorder:   *[signature]*

---

ADMINISTRATOR'S DEED

THE FIRST NATIONAL BANK OF SUNBURY,
ADMINISTRATOR

TO

CLYDE A. RHOADES, &AN.

ENTERED:  JUNE 3, 1957

DEED

THIS INDENTURE made the 1st day of June in the year of our Lord one thousand nine hundred and fifty seven(1957).

BETWEEN THE FIRST NATIONAL BANK OF SUNBURY, Administrator of the Estate of Charles S. Bigony, deceased, late of the City of Sunbury, Northumberland County, Pennsylvania, grantor, party of the first part; and

Clyde A. Rhoades and Helen M. Rhoades, his wife, also of the City of Sunbury, Northumberland County, Pennsylvania, grantees parties of the second part; witnesseth;

WHEREAS, Charles S.Bigony, being seized of the real estate hereinafter described, departed this life on the 20th day of October, 1916, testate, but failed to name an Executor in his last will and testament, dated June 30, 1916, and probated October 25, 1916, by the register of wills of Northumberland County, Pennsylvania, in Will Book 17, page 205, and letters of Administration were granted on October 25, 1916, to Edith W. Bigony, surviving widow, who was discharged as administratrix October 16, 1918, and the said Edith W. Bigony, surviving widow, died a resident of the City of Sunbury, Northumberland County, Pennsylvania, on December 21, 1953 and letters of Administration were than granted on January 14, 1957 to the said The First National Bank of Sunbury by the Register of Wills of Northumberland County after an order of court was entered the same day permitting such letters to be granted since more than twenty one years had elapsed from the death of the said Charles S. Bigony, and under the Act of March 15, 1832, which was the applicable law until December 31, 1917, and under the Act of June 7, 1917, which is the applicable law (Trost's Estate, 341 Pa. 342), the Orphans' Court had power and authority, on the showing of unadministered assets, to appoint an Administrator even though twenty one years had elapsed; and

WHEREAS, on January 14, 1957, a final decree was entered in the Orphans' Court of Northumberland County, to No. 20 September Term, 1916, awarding the five thousand dollars ($5,000) allowance to the estate of the surviving widow of the said Charles S. Bigony, in and by which order of court the personal representative of the estate of Charles S. Bigony was directed as follows:



MAP SHOWING 47.6 ACRES LOCATED IN THE E. LAVERSON TRACT
SHALL TOWNSHIP ON THE JOHN BOYD TRACT TO BE
SOLD BY THE FRANKLIN & FRANKLIN SUB LINE CO.
TO THE OHIO EST. GEO. L. LYNN PROPERTY
SCALE 1" = 200'          May 15, 1957

**BK—375  PG—506**

**Exhibit F**

4888-4423-8089.2



# DAUPHIN COUNTY
## PENNSYLVANIA
## Property & Taxes

## Information for Parcel 68-028-056-000-0000, Tax Year 2021

Generated 01/05/22 at 13:51:58

### Property Information

| Tax Year | Property ID |
|---|---|
| 2021 | 68-028-056-000-0000 |

| Township | Property Use |
|---|---|
| WEST HANOVER TWP | E20 - CEMETARY |

| Neighborhood | Site Address |
|---|---|
| 68002 - SOUTHSIDE OF WEST HANOVER | S OAK GROVE RD |

| Owner Name and Address [Show Details] | Mailing Name and Address |
|---|---|
| ROMAN CATHOLIC DIOCESE OF HBG<br>4800 UNION DEPOSIT RD<br>HARRISBURG, PA 17111 | ROMAN CATHOLIC DIOCESE OF HBG<br>4800 UNION DEPOSIT RD<br>HARRISBURG, PA 17111 |

### Sales History

| Year Document # | Sale Type | Sale Date | Sold By | Sold To | Price |
|---|---|---|---|---|---|
| 0H04500142 | 12 Zero Value | | ROMAN CATHOLIC DIOCESE OF HBG & RESURRECTION CEMETERY | ROMAN CATHOLIC DIOCESE OF HBG & RESURRE | $0 |

### Market Land Valuation

| Property Type | Description | Land Type | Sq. Ft. | Calc. Acres | Deed Acres |
|---|---|---|---|---|---|
| COM - Commercial | Primary Site | A1 - Primary Site | 304,920 | 7.0000 | 69.39 |
| COM - Commercial | Residual | A3 - Residual | 2,717,930 | 62.3951 | 69.39 |

### Office Building (Structure 1 of 1)

| Property Type | Description | Style | Quality | Living Area (sq. ft.) | Year Built | Age |
|---|---|---|---|---|---|---|
| COM - Commercial | Office Building | Office Building | XX- | 500 | 1984 | |

**Section 1**

| | | | |
|---|---|---|---|
| Physical / Functional | | 24.00 Warmed and Cooled Air | 500.00 |
| Office Building | | 100.00 Base Cost | 500.00 |
| Stud Walls-Wood Siding | | 500.00 | |
| All | | | |
| Paving, asphalt | | 20000.00 Frame Shop | 2280.00 |

*Resurrection Cemetery*
*Tax Parcel #68-028-056*

H. VOL. 45 PAGE 142

FEE-SIMPLE DEED—Typewriter

# This Indenture, Made The

*12th* day of *January*

in the year of our Lord One

Thousand Nine Hundred and *Sixty*

**Between** RAYMOND W. SCHMIDT AND SUZANNE C. SCHMIDT, HIS WIFE, OF THE CITY OF LANCASTER, LANCASTER COUNTY, PENNSYLVANIA, GRANTORS, PARTIES OF THE FIRST PART;

A N D

THE MOST REVEREND GEORGE L. LEECH, BISHOP OF THE DIOCESE OF HARRISBURG, IN TRUST FOR THE DIOCESE OF HARRISBURG, DAUPHIN COUNTY, PENNSYLVANIA, GRANTEE, PARTY

of the second part, **Witnesseth** That the said part IES of the first part, for and in consideration of the sum of *One (#1) Dollar and other good and valuable Considerations,*

Dollars, lawful money of the United States of America, well and truly paid by the said party of the second part to the said part IES of the first part, at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, granted, bargained, sold, aliened, enfeoffed, released, conveyed, and confirmed and by these presents do grant, bargain, sell, alien, enfeoff, release, convey, and confirm unto the said part Y of the second part ITS SUCCESSORS heirs and assigns,

**All** THAT CERTAIN TRACT OF LAND SITUATE IN WEST HANOVER TOWN-SHIP, DAUPHIN COUNTY, PENNSYLVANIA, BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT A BOLT IN THE CENTER OF OAK GROVE ROAD, ALSO KNOWN AS PENNSYLVANIA ROUTE No. 22016, SAID POINT ALSO BEING AT THE INTERSECTION OF A PRIVATE LANE; THENCE SOUTH 24° EAST, ONE HUNDRED SEVENTY-SEVEN AND SEVENTY-FIVE ONE-HUNDREDTHS (177.75) FEET TO A PIN; THENCE CONTINUING ALONG THE AFOREMENTIONED OAK GROVE ROAD SOUTH 57°7' EAST, TWELVE HUNDRED THIRTY-EIGHT AND TWENTY-THREE ONE-HUNDREDTHS (1238.23) FEET TO A BOLT IN THE CENTER OF SAID ROAD; THENCE CONTINUING ALONG SAID ROAD SOUTH 39°7' EAST FIVE HUNDRED EIGHTY AND FORTY-TWO ONE-HUNDREDTHS (580.42) FEET TO A POINT; THENCE ALONG LAND NOW OR LATE OF THOMAS RHAM SOUTH SEVENTY-NINE DEGREES (79°) THIRTY-SEVEN MINUTES (37') WEST, ONE HUNDRED EIGHTY-THREE AND SIX TENTHS (183.6) FEET TO A POST; THENCE CONTINUING ALONG SAID LAND SOUTH 6°45' WEST, TWENTY-EIGHT AND FIVE TENTHS (28.5) FEET TO A POST ON LINE OF LAND NOW OR LATE OF DAN L. WILHELM; THENCE ALONG SAID LAND NORTH 72°23' WEST, THREE HUNDRED SEVENTY-NINE AND THIRTY-SIX ONE-HUNDREDTHS (379.36) FEET TO A CHERRY TREE; THENCE CONTINUING ALONG AFORE-MENTIONED LAND SOUTH 82° 46' WEST, EIGHT HUNDRED SEVENTY-SIX AND NINETY ONE-HUNDREDTHS (876.90) FEET TO AN OAK STUMP AND STAKE; THENCE CONTINUING ALONG SAID WILHELM LAND SOUTH 61° 08' WEST, FOUR HUNDRED THIRTY-SEVEN AND THIRTY-ONE ONE-HUNDREDTHS

VOL 45 PAGE 143

(437.31) FEET TO A STAKE; THENCE CONTINUING ALONG SAID
WILHELM LANDS SOUTH 66°32' WEST, FOUR HUNDRED NINETY-FIVE
(495) FEET TO A STAKE; THENCE SOUTH 10°28' EAST, ONE HUNDRED
THIRTY-FIVE AND THIRTY ONE-HUNDREDTHS (135.30) FEET TO A POST;
THENCE CONTINUING ALONG SAID WILHELM LANDS SOUTH 63°52'30"
WEST, TWELVE HUNDRED NINE AND EIGHTY ONE-HUNDREDTHS (1209.80)
FEET TO A STAKE AT LINE OF LANDS NOW OR LATE OF LEONARD
MOUNTZ; THENCE ALONG SAID MOUNTZ LANDS NORTH 13°58'30" EAST,
FOUR HUNDRED FORTY-SEVEN AND SEVEN ONE-HUNDREDTHS (447.07)
FEET TO A STONE; THENCE NORTH 19°45' EAST SIX HUNDRED SIXTY-
SIX AND SEVEN ONE-HUNDREDTHS (666.07) FEET TO A POST ON LINE
OF LAND NOW OR LATE OF BENJAMIN LINGLE; THENCE CONTINUING
ALONG SAID LINGLE LANDS NORTH 06°27'30" EAST, TWO HUNDRED
TWENTY-ONE AND SIXTY-FIVE ONE-HUNDREDTHS (221.65) FEET TO A
PIN AT LINE OF LANDS NOW OR LATE OF EMILY M. BERRY; THENCE
ALONG SAID BERRY LANDS NORTH 76° 18' EAST EIGHT HUNDRED SIXTY-
SEVEN AND SEVEN ONE-HUNDREDTHS (867.07) FEET TO A PIN;
THENCE NORTHWARDLY ALONG SAID BERRY LANDS FOUR HUNDRED SEVENTEEN
AND SIXTY-FIVE ONE-HUNDREDTHS (417.65) FEET TO A PIN ON LINE
OF LAND NOW OR LATE OF CASSEL; THENCE ALONG SAID CASSEL
LANDS NORTH 75°04'30" EAST, SEVEN HUNDRED THIRTY-SEVEN AND
THIRTY-EIGHT ONE-HUNDREDTHS (737.38) FEET TO A BOLT, BEING
THE PLACE OF BEGINNING.

CONTAINING 77.49 ACRES AS SHOWN BY SURVEY OF D. P.
RAFFENSPERGER UNDER DATE OF AUGUST 20, 1959.

BEING THE SAME PREMISES WHICH AMMON H. CASSEL AND MILDRED
M. CASSEL, HIS WIFE, BY THEIR DEED DATED THE _____ DAY OF
_____, 19__, AND RECORDED IN THE OFFICE OF THE RECORDER
OF DEEDS IN AND FOR DAUPHIN COUNTY, PENNSYLVANIA, GRANTED AND
CONVEYED UNTO RAYMOND W. SCHILL, ONE OF THE GRANTORS HEREIN.

VOL. 45 PAGE 141

**Together** with all and singular, the tenements, hereditaments and appurtenances to the same belonging or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof; And also all the estate, right, title, interest, property, claim and demand whatsoever, both in law and equity, of the said parTIES of the first part, of, in, to or out of the said premises, and every part and parcel thereof

**To Have and to Hold** the said premises, with all and singular the appurtenances, unto the said part Y of the second parTIES SUCCESSORSeirs and assigns, to and for the only proper use and behoof of the said party of the second part, ITS SUCCESSORS heirs and assigns forever.

**And** THE SAID PARTIES OF THE FIRST PART, FOR THEMSELVES, THEIR

heirs, executors and administrators, do by these presents, covenant, grant and agree to and with the said part Y of the second part, ITS SUCCESSORS and assigns, that the said PARTIES OF THE FIRST PART, THEIR

heirs all and singular the hereditaments and premises hereinabove described and granted or mentioned, and extended so to be, with appurtenances, unto the said part Y of the second part, ITS SUCCESSORSirs and assigns, against the said parTIES of the first part and THEIRheirs and against all and every other person or persons whomsoever, lawfully claiming or to claim the same or any part thereof, shall and will, by these presents, WARRANT AND FOREVER DEFEND

**In Witness Whereof** the said part IES of the first part have hereunto set THEIR hands and seal S the day and year first above written.

Signed, Sealed and Delivered
in the Presence of

_(signature)_ _(signature)_ ........................................ (SEAL)
RAYMOND W. SCHMIDT

_(signature)_ ........................................ (SEAL)
SUZANNE C. SCHMIDT

........................................ (SEAL)

........................................ (SEAL)

........................................ (SEAL)

........................................ (SEAL)

........................................ (SEAL)

........................................ (SEAL)

........................................ (SEAL)

........................................ (SEAL)

VOL. 45 PAGE 145

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF ___DAUPHIN___ } SS:

On this, the _12th_ day of _January_ 19 _60_, before me _Recorder of Deeds_, the undersigned officer, personally appeared _RAYMOND E. SCHMIDT AND SUZANNE C. SCHMIDT, HIS WIFE_

known to me (or satisfactorily proven) to be the person____ whose name __ subscribed to the within instrument, and acknowledged that _T_ he_y_ executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

My Commission Expires First Monday of
January, 1964

_Marion S. Anderson_

My commission expires _Recorder of Deeds_

I hereby certify that the Precise Residence of the Grantee, to the within Deed, is

_111 State St., Harrisburg, Pa._

_Jos. J. Laub_
Attorney for Grantee.

---

<table>
<tr><td>RECEIVED<br>RECORDER'S OFFICE<br>DAUPHIN COUNTY<br>Jan 12 11 40 AM '60</td><td>RAYMOND W. SCHMIDT AND<br>SUZANNE C. SCHMIDT, HIS WIFE<br><br>A N D<br><br>THE MOST REVEREND GEORGE L.<br>LEECH, BISHOP OF THE DIOCESE<br>OF HARRISBURG<br><br>Dated<br>For 22.69 ACRES SITUATE<br>WEST HANOVER TOWNSHIP<br>DAUPHIN COUNTY, PENNA.<br><br>Consideration<br>Recorded</td><td>Entered for record in the Re-<br>corder's Office of<br>County the ___ day of<br>19<br>Recorder<br><br>Tax $<br>Fees<br><br>HARRIS CO. 21 S. 3RD ST. HARRISBURG, PA.</td></tr>
</table>

---

COMMONWEALTH OF PENNSYLVANIA }
_Dauphin_ COUNTY, } SS:

Recorded In the Office for Recording of Deeds, Mortgages, etc. in and for the County of _Dauphin_ in Deed Book __ Vol. _45_ Page _145_

Witness My Hand and Seal of Office, this _12th_ day of _Jan_ Anno Domini 1960

_Marion S. Anderson_
_Recorder_

**Exhibit G**

4888-4423-8089.2

**NC_Parcels: 040-00-051-113-A**

| | |
|---|---|
| Name | 040-00-051-113-A |
| RESIDENCY | NON-RESIDENT |
| OWNER_NAME | ALL SAINTS CEMETERY |
| LOCATION | 172 ALL SAINTS RD |
| DEED_INFO1 | 420-150 |
| DEED_INFO2 | |
| DEED_INFO3 | |
| DEED_ACRES | 20 |
| SALE DATE | |
| SALE PRICE | |

Zoom to

-76.517 40.845 Degrees

20ft

‹

# This Indenture

MADE the    second    day of August
in the year of our Lord one thousand nine hundred and sixty-two (1962)

ENTERED
FA. B. S. _____
AUG 9 1962
U. S. I. R. _____
Tax Fee
LESTER ALBRIGHT, Recorder

BETWEEN    FRANCIS J. GIBBONS, of the Township of Ralpho
County of Northumberland and Commonwealth of
Pennsylvania, unmarried, party of the first part;

A N D    MOST REVEREND GEORGE L. LEECH, Bishop of the Diocese of
Harrisburg, Pennsylvania, in trust for the Roman Catholic
Diocese of Harrisburg, party

of the second part WITNESSETH, that the said part y    of the first part, for and in consideration of
the sum of    Twenty-five Hundred ($2,500.00)

Dollars, lawful money of the United States of America, well and truly paid by the said party    of the
second part to the said part y    of the first part, at and before the sealing and delivery of these presents,
the receipt whereof is hereby acknowledged    has    granted, bargained, sold, aliened, en-
feoffed, released, conveyed and confirmed, and by these presents do es    grant, bargain, sell, alien, en-
feoff, release, convey and confirm unto the said part y    of the second part his successors
heirs and assigns ALL that certain piece, parcel or tract of land situate, lying
and being in the Township of Ralpho, County of Northumberland and Common-
wealth of Pennsylvania, bounded and described as follows, to wit:
BEGINNING at the southeast corner of the intersection of Pennsylvania
State Highway Route No. 54 and Township road No. 459; thence along the
southern line of said township route north sixty-three (63) degrees
thirty (30) minutes east two hundred nine and sixty-seven hundredths
(209.67) feet to a point; thence along other land of which this was
formerly a part, south thirty-two (32) degrees east and parallel with
State Legislative Highway No. 54, two hundred six and eight-tenths (206.8)
feet to a point; thence by same south sixty-two (62) degrees fifty-six
(56) minutes west two hundred nine and forty-eight hundredths (209.48)
feet to a point in the eastern line of State Legislative Highway Route
No. 54 at a point thirty (30) feet distant from the center line thereof;
thence along the eastern line of said state highway route, north thirty-
two (32) degrees west, two hundred eight and seventy-one hundredths
(208.71) feet to the place of BEGINNING, CONTAINING one (1) acre of land.

EXCEPTING HOWEVER, THEREFROM a strip of land at the western end of the
above tract taken for highway purposes, by the Pennsylvania Department of
Highways.

THIS DOCUMENT MAY NOT SELL, CONVEY, TRANSFER, INCLUDE, OR INSURE THE TITLE
TO THE COAL AND RIGHT OF SUPPORT UNDERNEATH THE SURFACE LAND DESCRIBED OR
REFERRED TO HEREIN, AND THE OWNER OR OWNERS OF SUCH COAL MAY HAVE THE
COMPLETE LEGAL RIGHT TO REMOVE ALL OF SUCH COAL AND, IN THAT CONNECTION,
DAMAGE MAY RESULT TO THE SURFACE OF THE LAND AND ANY HOUSE, BUILDING OR
OTHER STRUCTURE ON OR IN SUCH LAND.

BEING THE SAME PREMISES which Gertrude Leisenring, administratrix
of the estate of Walter A. Leisenring, late of the Township of Ralpho,
County of Northumberland and Commonwealth of Pennsylvania, by her deed
dated March 20, 1959, and recorded in the office for the recording of
deeds in and for Northumberland County, Pennsylvania, in Deed Book No.
364, Page 353, granted and conveyed unto Francis J. Gibbons, the herein
grantor.

BOOK 420 PAGE 150

TOGETHER with all and singular the tenements, hereditaments and appurtenances to the same belonging, or in any wise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof; *and also* all the estate, right, title, interest, property, claims and demand whatsoever, both in law and equity, of the said party        of the first part, of, in, to or out of the said premises and every part and parcel thereof.

TO HAVE AND TO HOLD the said premises, with all and singular the appurtenances unto the said part y    of the second part, his / successors, to and for the only proper use and behoof of the said part y    of the second part, his    successors forever.

and the said     Francis J. Gibbons, unmarried, for himself, his

heirs, executors and administrators do es     by these presents, covenant, grant and agree to and with the said part y    of the second part his    successors and assigns, that   he    the said party of the first part,   his

heirs, all and singular the hereditaments and premises herein above described and granted, or mentioned and intended so to be, with the appurtenances, unto the said part y    of the second part his    successors and assigns, against the said part y    of the first part and    his heirs, and against all and every other person or persons, whomsoever, lawfully claiming or to claim the same or any part thereof by, from, through, or under him, her, them, or any of them shall and will by these presents warrant and forever defend.

IN WITNESS WHEREOF, the said part y    of the first part ha s    hereunto set    his    hand and seal   , the day and year first above written.

Signed, Sealed and Delivered
in the presence of

*Francis A. Pazlenta*                                          *Francis J. Gibbons* (SEAL)
*Stephen J. Pazlenta*                                          _____ (SEAL)
_____                                          _____ (SEAL)
_____                                          _____ (SEAL)
_____                                          _____ (SEAL)
_____                                          _____ (SEAL)

COMMONWEALTH OF PENNSYLVANIA,  } SS:
COUNTY OF   NORTHUMBERLAND

On this, the   2nd   day of August     1962 , before me   a Notary Public  the undersigned officer, personally appeared  FRANCIS J. GIBBONS, unmarried,

known to me (or satisfactorily proven) to be the person   whose name  is   subscribed to the within instrument, and acknowledged that    he    executed the same for the purpose therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and    Notarial

My Commission Expires                                  *Francis A. Pazlenta*
April 26, 1965                                          Notary Public
Mt. Carmel, North'd Co. Pa.

I hereby certify that the correct address of the within named Grantee is  111 State Street Harrisburg, Dauphin Co., Pennsylvania.

*Stephen J. Pazlenta*
Attorney for Grantee

BOOK 420 PAGE 151

RECORDED: AUGUST 9, 1962                    RECORDER:  *Lester Albright*

**Exhibit H**

4888-4423-8089.2



# Lebanon County    Property Viewer

**Map Number (UPI): 27-2331730-376538-0000**

| | |
|---|---|
| Map Number | 27-2331730-376538-0000 |
| Owner | BISHOP OF DIOCESE OF HARRISBRG |
| Owner - Second Listed | ROMAN CATHOLIC DIOCESE OF HBG |
| Mailing Address | 1810 JAY ST |
| City | LEBANON |
| State | PA |
| Zip Code | 17046-1823 |
| Site Address | 1810 JAY ST |
| House Number | 1810 |
| Municipallity | N LEBANON TOWNSHIP |
| School District | CORNWALL-LEBANON |
| Deed Book and Page Number | 00058-0661 |
| Acreage | 6.37 |
| Land Assessment | 156,300 |
| Building Assessment | 166,100 |
| Total Assessment | 322,400 |
| Sale Date | 3/20/1967 |
| Sale Price | 1 |

Zoom to

200ft

-76.447 40.383 Degrees

All rights reserved

PA. WARRANTY DEED—11.

*Recorded March 21-1967*

# This Deed

Made the ----- 15th --------- day of ------ December,
*Nineteen hundred and* sixty-six (1966).

**Between** BENJAMIN H. SHUEY, widower, of the Township of North

Lebanon, County of Lebanon and State of Pennsylvania, GRANTOR, ------

A
N
D

THE MOST REVEREND GEORGE L. LEECH, BISHOP OF HARRISBURG, IN TRUST,
FOR THE ROMAN CATHOLIC DIOCESE OF HARRISBURG, GRANTEE,

**Witnesseth**, *That in consideration of* ONE (1) -------

--------------------------------------------- *Dollars*,
*in hand paid, the receipt whereof is hereby acknowledged, the said grantor* does hereby grant
*and convey to the said grantee* , his successors and assigns,

**All** THAT CERTAIN messuage, tenement and two (2) contiguous tracts of

land, known as 1810 Jay Street, situate in the Township of North

Lebanon, County of Lebanon and State of Pennsylvania, bounded and

described as follows, to wit:-

TRACT NO. 1: BEGINNING at a stone in the middle of a public

road known as Jay Street and also known as Township Road T-477, said

stone being a corner of property, now or late of Cleaver-Brooks Company;

thence along said property, now or late of Cleaver- Brooks Company,

south seven and one-fourth (7¼) degrees east, three hundred six and

seventy-five thousandths (306.075) feet to a stone at property of

Holy Cross Cemetery; thence along said property of Holy Cross Cemetery,

south seventy-three and one-half (73½) degrees west, two hundred sixty-

four (264) feet to a stone, corner of Tract No. 2 herein; thence along

Tract No. 2 herein, north sixteen and one-half (16½) degrees west, three

hundred one and ninety-five hundredths (301.95) feet to the north side

BOOK **58** PAGE **661**

of said public road known as Jay Street; thence along the same, north seventy-three and one-half (73½) degrees east, three hundred thirteen and five-tenths (313.5) feet to the place of BEGINNING. Containing 2 Acres, strict measure.

TRACT NO. 2: BEGINNING at a stone, corner of Tract #1 herein; thence along property of Holy Cross Cemetery, south seventy-four (74) degrees west, six hundred sixty (660) feet to a stake; thence along property, now or late of Roy D. Boeshore and his wife, Alverta Boeshore, north six (6) degrees west, three hundred two and seven hundred seventy-five thousandths (302.775) feet to a stake; thence along property of North Lebanon Lions Club, north seventy-four (74) degrees east, six hundred ten and five-tenths (610.5) feet to a limestone, corner of Tract #1 herein; thence along said Tract #1 herein, south sixteen and one-half (16½) degrees east, three hundred two and seven hundred seventy-five thousandths (302.775) feet to the place of BEGINNING. Containing 4 Acres and 59 Perches.

BEING the same premises which George A. Garnet and his wife, Mary A. Garnet, by their deed dated August 1, 1923, recorded on August 16, 1923, in the Recorder's Office of Lebanon County, Pennsylvania, in Deed Book Z, Volume 5, Page 26, granted and confirmed unto Benjamin H. Shuey and his wife, Sadie A. Shuey, their heirs and assigns forever. AND the said Sadie A. Shuey, being so thereof seized, died on May 6, 1964, leaving to survive her her husband, Benjamin H. Shuey, Grantor herein, in whom the fee simple title to the above described premises vested by his right of survivorship as one of the tenants by the entirety.

UNDER AND SUBJECT to the reservation by the Grantor herein of the right to reside in the above described premises for so long as he may desire.

LESS, HOWEVER and EXCEPTED from the above described premises are the two (2) following tracts or pieces of ground heretofore sold and conveyed by Benjamin H. Shuey and his wife, Sadie A. Shuey:-

TRACT NO. 1: BEGINNING at a point in the north side of a public road leading from Ebenezer to Sand Hill, said point being 2.32 feet west of a stone marker which divides Tract #1 from Tract #2 both being the property of Benjamin H. Shuey; thence along property of Benjamin H. Shuey south 16½ degrees east 302.78 feet to a point in the line of the Holy Cross Cemetery Association; thence along the same south 74 degrees west 30 feet to a point; thence along other property of Benjamin H. Shuey north 16½ degrees west, 302.78 feet to the north side of a public road; thence along the north side of a public road north 74 degrees east 30 feet to the place of BEGINNING. Containing .28 of an acre.

BOOK 58 PAGE 652

BEING the same premises which Benjamin H. Shuey and his wife, Sadie A. Shuey, by their deed dated January 13, 1950, recorded on January 24, 1954, in the Recorder's Office of Lebanon County, Pennsylvania, in Corp. Deed Book 10, Page 541, granted and confirmed unto Most Reverend George L. Leech, Bishop of the Diocese of Harrisburg, in the County of Dauphin and State of Pennsylvania, IN TRUST for the Catholics of Lebanon for a cemetery, its successors and assigns.

TRACT NO. 2:

BEGINNING at a spike in the middle of Township Road Route #T-477, said point being the southwest corner of Jacob Light; thence along said middle of Township Road Route #T-477, the following 2 courses and distances: south 79 degrees 19 minutes west, a distance of 498.91 feet to a spike; thence south 81 degrees 39 minutes west, a distance of 216.25 feet to a spike; thence crossing said Township Road Route #T-477 and along lands of North Lebanon Lion's north 1 degree 46 minutes east, a distance of 37.95 feet to a stake; thence along lands of said North Lebanon Lions and in and along said Township Road Route #T-477, north 83 degrees 2 minutes east, a distance of 708.27 feet to the place of BEGINNING.

BEING the same premises which Benjamin H. Shuey and his wife, Sadie A. Shuey, by their deed dated December 10, 1963, recorded on December 11, 1963, in the Recorder's Office aforesaid, in Deed Book 34, Page 88, granted and confirmed unto North Lebanon Lions Club, its successors and assigns.

**And** the said grantor , do<sup>es</sup> hereby **warrant** GENERALLY the property hereby conveyed,

**In Witness Whereof,** said grantor has hereunto set his hand and seal the day and year first above written.

Signed, Sealed and Delivered
In the Presence of

_Mildred A. Blouch_

_Robert V. Sullivan_

Benjamin H. Shuey
Benjamin H. Shuey

**Commonwealth of Pennsylvania** ss:

**County of** LEBANON

On this, the 15th day of December, 19 66, before me , a Notary Public, the undersigned officer, personally appeared BENJAMIN H. SHUEY, widower, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purpose therein contained.
*IN WITNESS WHEREOF, I have hereunto set my hand and* notarial *seal.*

MY COMMISSION EXPIRES
May 28, 1967

_Mildred A. Blouch_
Notary Public
Lebanon, Lebanon County, Pa.

**I Hereby Certify**, that the precise address of the grantee herein is
111 State Street, Harrisburg, Pennsylvania.

_Robert V. Sullivan_

For Grantee

BOOK 58 PAGE 664



I HEREBY CERTIFY that no consideration passed for the within conveyance
other than the $1.00 mentioned herein and, therefore, no Federal
Documentary Stamps are due on this conveyance. I FURTHER CERTIFY that
the actual value of the property conveyed is $6,000.00 and that Penna.
Realty Transfer Tax and North Lebanon School District Transfer Tax are
due on the sum of $6,000.00.

_____
Attorney for Grantee

BOOK 58 PAGE 665

**Exhibit I**

4888-4423-8089.2

## Property Information

| | | | |
|---|---|---|---|
| **Property ID** | 440-89958-4-0001 | **Property Use** | 600 - COMMNIT-SRVC |
| **Tax Year** | 2021 | **Land Use** | 629 - OTHER RELIGIOUS SERVICES |
| **Township** | 440 Millersville Boro | | |
| **Site Address** | 227 N GEORGE ST | **Tax Status** | Exempt |
| | | **Clean & Green** | No |

## Property Sketches & Photos

1-1

Parcel photo





227 GEORGE

## Related Names

| | |
|---|---|
| **Parcel Owner** | DALEY JOSEPH T MOST REV, 4800 UNION DEPOSIT RD BOX 2153 HARRISBURG, PA 17105 |
| **Status** | Current |

23512     MAR 31 1975     G     66     664

# This Deed, made this 31st day of

March, in the year nineteen hundred and seventy-five (1975);

**Between** HELEN S. WELLER, formerly HELEN S. FORREY and AMOS M. WELLER,
her husband, of the Township of East Hempfield, County of Lancaster and Commonwealth
of Pennsylvania,

(hereinafter called the Grantors ),

**and** THE MOST REVEREND JOSEPH T. DALEY, Bishop of Harrisburg and/or his
successors in Office, in trust for the Roman Catholic Diocese of Harrisburg, of the
City of Harrisburg, Dauphin County, Pennsylvania,

(hereinafter called the Grantee ),

**Witnesseth,** that in consideration of

————— FORTY THOUSAND ————— Dollars ($ 40,000.00 ),

in hand paid, receipt whereof is hereby acknowledged, said Grantors — do — hereby grant
and convey to said Grantee

ALL THAT CERTAIN, messuage and tract of land with a two story brick dwelling house,
numbered and known as 227 George Street, and other buildings thereon erected, situated
in the Borough of Millersville, County of Lancaster and State of Pennsylvania, bounded
and described as follows, to wit:

CONTAINING in front on George Street, fifty-four (54) feet more or less, and
extending in depth of that width two hundred (200) feet, more or less to a fourteen
(14) feet wide alley.

BOUNDED on the east by George Street and on the north by land now or late of
G. William Roisner, on the west by said fourteen (14) feet wide alley, and on the south
by property now or late of Clyde S. Frotzman.

BEING the same premises which Helen M. Quade, Executrix of the last Will and
Testament of David B. Groff, Deceased, by deed dated June 16, 1958, and recorded in
the office of the Recorder of Deeds in and for Lancaster County, Pa., in Deed Book I,
Volume 46, Page 398, granted and conveyed unto Joseph M. Forrey and Helen S. Forrey,
husband and wife, their heirs and assigns.

AND THE SAID Joseph M. Forrey died December 25, 1969, whereupon title to the premises
vested in Helen S. Forrey by virtue of survivorship.

AND THE SAID HELEN S. FORREY has since intermarried with Amos M. Weller.

TOGETHER WITH AND SUBJECT TO the use of a twelve (12) feet wide alley extending
between the property hereby conveyed and the property adjoining on the south in common
with the owners of said property on the south and the owners of such other properties
as may be entitled thereto, the one-half of said alley hereby on the property herein
described and the other one-half on property to the south provided, that all of the
said parties owning property having the right to use said alley shall contribute their
pro-rata share to the maintenance of said alley from time to time.

*PENN MANOR SCHOOL DIST. TAX PD. $ Forrey*

SGEED OF DEEDS

The grantor s — covenant — that — they — will warrant specially ———— the property hereby conveyed. ——————————————————————

**In Witness Whereof** the grantor s — have — executed this deed the day and year above·written. ——————

Witnesses present:

*V. A. Palumbo*         *Helen S. Weller* ........ (SEAL)
                        Helen S. Weller

*James J. Kushner*       *Amos M. Weller* ........ (SEAL)
                        Amos M. Weller

                        Helen S. Forrey ........ (SEAL)

                        *Helen S. Forrey* ........ (SEAL)

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE

REALTY TRANSFER TAX   MAR 31'75   **400.00**   RD.11375

STAMPS
Pa. 400.00
Fed *Penn Paper*
Local 400.00

STATE OF PENNSYLVANIA
COUNTY OF LANCASTER    ss:

On this 31st — day of — March, — 19 75 before me —Joan M. Nusser——
                                            [Officer Print Name: Not Title]

the undersigned officer, personally appeared —
HELEN S. WELLER, formerly HELEN S. FORREY and AMOS M. WELLER, her husband,
known to me (or satisfactorily proven) to be the person s —described in, and whose name s are —
subscribed to the within instrument, and acknowledged that — they—executed the same ——
———————————————————— for the purposes therein contained. ——

**In Witness Whereof,** I hereunto set my hand and official seal.

My commission expires: August 16, 1976

┌─────┐
│ MAIL│
└─────┘

          *Joan M. Nusser*
         Lanc. Lanc. Co., Pa.
(Note: For questions or permission, fiduciary or attorney-in-fact acknowledgment, see on Page...)

I certify that the precise residence of the within grantee   is   111 State Street,

Harrisburg, Pa. 17105       *James J. Kushner*
    G   66   665        On behalf of the grantee



G 66 666

**Deed**

23512 / 10

HELEN S. MELLER, formerly
HELEN S. FONDL, A N D
JAMES H. MELLER, her husband,

TO

THE MOST REVEREND JOSEPH T. DALY,
Bishop of Harrisburg and/or his
successors in office, in trust for
the Roman Catholic Diocese of
Harrisburg

Dated: March 31, 1975

Premises: 227 George Street
Millersville, Penna.
(Borough of Millersville,
County of Lancaster, Pa.)

STAMPS
State $400.00
Fed. $400.00
Local $400.00

JAMES J. KIRCHNER, ESQ.
8 N. Queen Street - Griest
Bldg.
17603

MAIL

MAR 31 1975

---

STATE OF PENNSYLVANIA
COUNTY OF Lancaster ......} ss:

Recorded on this ........ 31st ........ day of ...... MARCH ................. 19 ..75

in the Recorder's Office of said County, in Record Book .. G .., Vol. 55.., Page ..668.

Given under my hand and the seal of said office, the date above written.

........................................
Recorder

**Exhibit J**

4888-4423-8089.2



# COUNTY *of* UNION
### PENNSYLVANIA

610 St. George St

Help

▶ Legend

▶ Layers

▶ Bookmarks

▶ Identify

▶ Draw

▶ Measurement

▶ Print

▶ Directions

▶ Google Street View

▶ Save/Share Current Map

▼ Search

**Select query:**

Parcels by Name, Parcel #, Address

**Search for:**

Enter the text you want to search for.

☐ **Find exact matches only**

🔍 Search     🕘 Clear

(1 of 2)

**Clean and Green Land Value:** 0

**Clean and Green Improved Land Value:** 0

**Clean and Green Value:** 0

**Location Address Number:** 610

**Location Street Direction:** Null

**Location Street Name:** ST GEORGE

**Location Street Suffix:** ST

**Main Building Type:** D

**Year Built:** 19

**Finished Area:** 2738

**Sale Date:** 1/1/1976

**Sale Price:** 1

**Deed Book:** 134

**Page:** 47

Zoom to

1:1,128   40°57'37.303" N   76°53'04.767" W

No. 41

# This Indenture made the

LEWISBURG BOROUGH
REALTY TAX ........585.00.....

ENTERED FOR RECORDS
IN UNION COUNTY.
PA. R. S. 585.00

JAN 19 1976

BESSIE K. HENRY
RECORDER OF DEED

17th day of January 19 76

BETWEEN RUTH H. RICE, a widow, of 132 South Fourth Street,

Lewisburg, Union County, Pennsylvania, Grantor and Party of the

first part,

AND

THE MOST REVERAND JOSEPH T. DALEY, BISHOP OF HARRISBURG, AND HIS SUCCESSORS IN

OFFICE IN TRUST FOR THE ROMAN CATHOLIC DIOCESE OF HARRISBURG, of 4800 Union

Deposit Road, Box 2153, Harrisburg, Pennsylvania, Grantee and Party

of the second part WITNESSETH, that the said part y    of the first part, for and in consideration of

the sum of FIFTY-EIGHT THOUSAND FIVE HUNDRED ($58,500.00)

Dollars, lawful money of the United States of America, well and truly paid by the said part y    of the

second part to the said part y    of the first part, at and before the sealing and delivery of these presents,

the receipt whereof is hereby acknowledged    has    granted, bargained, sold, aliened, en-

feoffed, released, conveyed and confirmed, and by these presents do es    grant, bargain, sell, alien, en-

feoff, release, convey and confirm unto the said part y    of the second part, his

heirs and assigns:

ALL THAT CERTAIN messuage, tenement and lot of ground situate in the University
Extension of the Borough of Lewisburg, Union County, Pennsylvania, fronting on St.
George Street and marked on the General Plan of the said University Extension
number four (4), being shown on the Union County Tax Map as Sheet 17, Parcel
103, bounded and described as follows, to wit:

BEGINNING on the north by James Alley;  on the east by lot number five
(5), now or formerly owned by Mrs. Brown;  on the south by St. George Street;
and on the west by lot number three (3), now or formerly owned by Mrs. O. B.
Stein;  having a frontage of sixty-six (66') feet, more or less, on St. George
Street, and extending back the same width one hundred fifty-seven (157') feet
and six (6") inches to James Alley.  WHEREON is erected a two story stucco dwelling
house.

IT BEING the same premises which Francis M. Steely and Jennie M. Steely,
his wife, by their deed dated the 20th day of January, 1925 and recorded in the
Office of the Recorder of Deeds in and for Union County, Pennsylvania, in Deed
Book 54, page 19, granted and conveyed unto John W. Rice;  the said John W. Rice
having departed this life the 29th day of January, 1971 and by his last will and
testament recorded on the 9th day of March, 1971 in the Office of the Recorder
of Deeds in and for Union County, Pennsylvania in Will Book 1, page 750, devised
said property to his wife, Ruth H. Rice, in fee simple absolute, the within
Grantor.



BOOK 124 PAGE 47

TOGETHER with all and singular the tenements, hereditaments and appurtenances to the same belonging, or in any wise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof; *and also* all the estate, right, title, interest, property, claims and demand whatsoever, both in law and equity, of the said part y of the first part, of, in, to or out of the said premises and every part and parcel thereof;

TO HAVE AND TO HOLD the said premises, with all and singular the appurtenances, unto the said part y of the second part, his heirs and assigns, to and for the only proper use and behoof of the said part y of the second part, his heirs and assigns forever.

The said party of the first part, her heirs, executors and administrators do es by these presents, covenant, grant and agree to and with the said party of the second part, his heirs and assigns, that she the said party of the first part, her heirs, all and singular the hereditaments and premises herein above described and granted, or mentioned and intended so to be, with the appurtenances, unto the said party of the second part, his heirs and assigns, against the said party of the first part and her heirs, and against all and every other person or persons, whomsoever, lawfully claiming or to claim the same or any part thereof,

shall and will by these presents warrant and forever defend.

IN WITNESS WHEREOF, the said part y of the first part ha s hereunto set her hand and seal , the day and year first above written.

Signed, Sealed and Delivered in the presence of

_Gislene Shirill_

Ruth H. Rice

Ruth H. Rice ................................(SEAL)
................................(SEAL)
................................(SEAL)
................................(SEAL)
................................(SEAL)
................................(SEAL)

COMMONWEALTH OF PENNSYLVANIA } SS:
COUNTY OF UNION }

On this, the 17th day of Jan. 19 76 , before me a Notary Public the undersigned officer, personally appeared Ruth H. Rice, a widow,

known to me (or satisfactorily proven) to be the person whose name subscribed to the within instrument, and acknowledged that S he executed the same for the purpose therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

My Commission Expires
SUSAN D. BICKHART, Notary Public
Lewisburg, Union Co., Pa.
My Commission Expires Oct. 15, 1979

Susan D. Bickhart
Notary Public

I hereby certify that the correct address of the within named Grantee is 4800 Union Deposit Road, Box 2153, Harrisburg, Pennsylvania.

Raymond J. Sobon
attorney for Grantee

BK. 134 PG. 48

Recorded January 19, 1976

Bessie K. Henry Recorder

**Exhibit K**

4888-4423-8089.2



# Columbia Parcel Viewer

Columbia County GIS

**Property Owner:**

| | |
|---|---|
| PIN | 05E05 12000 |
| Primary Owner | REV JOSEPH T DALEY IN TRUST |
| Second Owner | ROMAN CATH DIOC OF HARRISBURG |
| Mailing Address | 4800 UNION DEP ROAD |
| City | HARRISBURG |
| State | PA |
| ZipCode | 17105 |
| Property Location | 353 E SECOND ST |
| Deed Book & Page | 0300-0683 |
| Fair Market Land | 8,160 |
| C&G Fair Market Land | 0 |
| Fair Market Building | 75,170 |
| Total Fair Market | 83,330 |
| Total Assessed | 41,665 |
| C&G Assessed | 41,665 |
| Landuse Code | RX |
| Landuse Description | RESIDENTIAL EXEMPT LESS THAN 10 ACRES |
| School District | BLOOMSBURG AREA SCHOOL DISTRICT |
| Deeded Acres | 0.16 |
| C&G Approved | N |
| Building Sq. Ft. | 2,632 |
| Year Built | 1900 |
| Sale Date | 12/16/1980 |
| Sale Price | 47,200 |

Zoom to

App State

Click to restore the map extent and layers visibility where you left off.

STYLET—Deed from Corporation to Individual or Clerk, Attorney's Ack.
Hoary Nall, Inc., Indiana, Pa.

# This Indenture,

**MADE THE** _10th_ _day of_ _December_ _in the year_
of our Lord one thousand nine hundred **EIGHTY (1980).**

**BETWEEN** COLUMBIA COUNTY HISTORICAL SOCIETY, a Pennsylvania
Non-profit corporation organized and existing under the Laws of the
Commonwealth of Pennsylvania, having its principal office at the
Town of Bloomsburg, Columbia County, Pennsylvania, GRANTOR,

AND

THE MOST REVEREND JOSEPH T. DALEY, Bishop of the Diocese
of Harrisburg, IN TRUST FOR THE ROMAN CATHOLIC DIOCESE OF HARRISBURG,
4800 Union Deposit Road, Harrisburg, Pennsylvania, GRANTEE.

THE BLOOMSBURG AREA SCHOOL DISTRICT
REAL ESTATE TRANSFER TAX
Amount **$472.00** Paid **12-19-80**

**WITNESSETH,** that the said COLUMBIA COUNTY HISTORICAL SOCIETY,———————

*for and in consideration of the sum of* FORTY-SEVEN THOUSAND TWO HUNDRED AND 00/100
($47,200.00)——————————————————————————————————Dollars
*lawful money of the United States of America, unto* it———————— *well and truly paid by
the* said

*at and before the sealing and delivery of these presents,
the receipt whereof is hereby acknowledged, has granted, bargained, sold, aliened, enfeoffed, re-
leased and confirmed, and by these presents does grant, bargain, sell, alien, enfeoff, release and
confirm unto the said* THE MOST REVEREND JOSEPH T. DALEY, Bishop of the Diocese
of Harrisburg, his successors——————————————————————— *and assigns,*

ALL THAT CERTAIN piece, parcel and tract of land situate
in the Town of Bloomsburg, Columbia County, Pennsylvania, bounded
and described as follows, to-wit:

BEGINNING at a stake; thence by Main Street of said
town northwardly 50 feet to a stake a corner on Rose Alley; thence
by Rose Alley northwestwardly 322 feet to a stake on line of public
road leading from Bloomsburg to Orangeville; thence by said road
southwestwardly 56 feet to a stake corner of Lot No. 63; thence by
said lot 396 feet to a stake on line of Main Street of said town,
the place of BEGINNING. CONTAINING 15,450 square feet more or less.

EXCEPTING AND RESERVING therefrom premises bounded and
described as follows:

BEGINNING at an iron pin, which pin is north 25 degrees
40 minutes west, 150 feet from an iron pin in the northerly line
of East Second Street or Main Street; thence by the westerly line
of Rose Avenue, north 25 degrees 40 minutes west, 66 feet to an
iron pin; thence north 64 degrees 20 minutes east, 8 feet to an
iron pin in the center of a portion of Rose Avenue, which portion
was vacated by Ordinance No. 398 of the Town of Bloomsburg, adopted
July 11, 1955; thence north 25 degrees 40 minutes west, 129.5 feet
to a point in the southerly line of Light Street Road; thence by
the southerly line of Light Street Road aforesaid, south 34 degrees
5 minutes west, 67.5 feet to an iron pin; thence south 25 degrees
40 minutes east, 160 feet to an iron pin in line of other lands of
the Grantors; thence north 64 degrees 20 minutes east, 50 feet to
the iron pin, the place of beginning.

VOL 300 · 683

Which were sold by the male grantor herein and his then wife to Henry R. George et ux by Deed dated November 24, 1959, recorded in the Office of the Recorder of Deeds in and for Columbia County in Deed Book 198, page 201.

IT BEING the same premises transferred and conveyed by Edwin M. Barton, Widower, by his Deed dated January 4, 1977, as will be found of record in the Office of the Recorder of Deeds in and for Columbia County, Pennsylvania in Deed Book 279 at Page 750, unto the Columbia County Historical Society, Grantor herein.



vol. 300 PAGE 684

TOGETHER with all and singular BUILDINGS

ways, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances whatsoever thereunto belonging, or in anywise appertaining, and the reversions and remainders, rents, issues and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever, of

in law, equity, or otherwise howsoever, of, in and to the same and every part thereof,

TO HAVE AND TO HOLD the said BUILDINGS

hereditaments and premises hereby granted or mentioned and intended so to be, with the appurtenances, unto the said the Most Reverend Joseph T. Daley, Bishop of the Diocese of Harrisburg, his successors, and assigns, to and for the only proper use and behoof of the said Most Reverend Joseph T. Daley, Bishop of the Diocese of Harrisburg, his successors. and assigns forever.

And the said grantor hereby covenants and agrees that it will warrant SPECIALLY the property hereby conveyed.

The COLUMBIA COUNTY HISTORICAL SOCIETY doth hereby constitute and appoint to be its attorney for it, and in its name and as and for its corporate act and deed to acknowledge this Deed before any person having authority by the laws of the Commonwealth of Pennsylvania to take such acknowledgment, to the intent that the same may be duly recorded.

IN WITNESS WHEREOF, the said COLUMBIA COUNTY HISTORICAL SOCIETY has caused this Indenture to be signed in its corporate name by its President, and has caused to be affixed hereunto the common and corporate seal of the said corporation, attested by its Secretary, the day and year first above written.

COLUMBIA COUNTY HISTORICAL SOCIETY

By *Elizabeth C. Palmer*

President.

Attest:

*Secretary.*

Received the day of the date of the above Indenture of the above named

State of  PENNSYLVANIA
County of  COLUMBIA  } ss.

On this, the  16th  day of  December  , 19 80 , before me,
A NOTARY PUBLIC,
the undersigned officer, personally appeared  ELIZABETH C. PALMER

known to me (or satisfactorily proven) to be the person who is the attorney named in the foregoing
Deed, and acknowledged that he executed the same as the act of his principal for the purposes
therein contained.

In witness whereof, I hereunto set my hand and official seal.

Title of Officer

## CERTIFICATE OF RESIDENCE

I,  DALE A. DERR,  do hereby certify that the precise residence and complete post office address
of the within named grantee is  4800 Union Deposit Road, Harrisburg, Pa.

19 80.

Attorney for

State  $472.00

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
REALTY
TRANSFER  DEC 17'80  472.00
TAX  PITTER  No.

**#149**

**Deed**

REC'D & RECORDER
COLUMBIA CO. PA. '80
TAX  52. FEE 2.22
Dec 17  2 17 PM '80

COLUMBIA COUNTY HISTORICAL
SOCIETY, GRANTOR,

TO

THE MOST REVEREND JOSEPH T.
DALEY, Bishop of the Diocese
of Harrisburg, IN TRUST FOR
THE ROMAN CATHOLIC DIOCESE
OF HARRISBURG,  GRANTEE.

State of  Pennsylvania
County of  Columbia  2:17 p.m.  } ss.

RECORDED on this  17th  day of  December,
A. D. 19 80 , in the Recorder's Office of said County, in Deed Book
Vol  300  , Page  683

Given under my hand and the seal of the said office, the date above written.

Beverly J Michael  Acting  Recorder.

**VOL 300 PG 680**

**Exhibit L**

4888-4423-8089.2

**1313 S YORK STREET, UPPER ALLEN TOWNSHIP**

| | |
|---|---|
| Parcel ID | 42-10-0646-018EX |
| Owner | ROMAN CATHOLIC DIOCESE OF |
| Care Of | HARRISBURG |
| Property Address | 1313 S YORK STREET |
| Property Adddress 2 | |
| Property Type | CX |
| Land Use Code | 601 |
| Subdivision | |
| Land Description | LAND APPROX 92 ACRES |
| Deed Book and Page | 0030A-00409 |
| Deed Acres | 24.98 |
| Square Footage | 0.00 |
| Taxable Status | X |
| Clean and Green | |
| Land Value $ | 648,300.00 |
| Building Value $ | 9,900.00 |
| Total Value $ | 658,200.00 |
| Sale Price $ | 0.00 |
| Sale Date | 1/12/1983 |
| Year Built | |
| Municipality | UPPER ALLEN TOWNSHIP |
| Height in Stories | |
| Dwelling Type | |
| Finished Basement | 0.00 |
| Basement Garage | 0.00 |
| Full Bathrooms | 0.00 |
| Half Bathrooms | 0.00 |
| Total Rooms | 0.00 |
| Bedrooms | 0.00 |
| Primary Exterior | |
| Air Conditioning | |
| Basement Percentage | |

PENNA. DEED — FEE SIMPLE                                    The Plasheshers Co., Williamsport, Pa. 17703

# This Indenture,

MADE the **3rd** day of *January*

in the year nineteen hundred and *eighty three*

BETWEEN W. HOWARD CORDDRY, of Lebanon, New Jersey, Grantor, party of the first part,

### AND

THE MOST REVEREND JOSEPH T. DALEY, BISHOP, IN TRUST, FOR THE ROMAN CATHOLIC DIOCESE OF HARRISBURG, Harrisburg, Pennsylvania, Grantee, party

Township of *Upper Allen*                    Mechanicsburg
C. _ _ Co., Pa.                              School Dist. Cumb. Co., Pa.
1st Real Estate Transfer Tax                 New Real Estate Transfer Tax
Date 1-12-83 Amt 1613.50                     Date 1-2-83 Amt 1613.50
*Patricia H. Vance*                          *Patricia H. Vance*
Cumb Co. Dist. Col. Agt                      Cumb. Co. Dist. Col. Agt.



of the second part. WITNESSETH, That said party of the first part, for and in consideration of the sum of THREE HUNDRED AND TWENTY-TWO THOUSAND SEVEN HUNDRED DOLLARS ($322,700.)

Dollars, lawful money of the United States of America, well and truly paid by the said party of the second part to the said party of the first part, at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained, sold, aliened, enfeoffed, released, conveyed and confirmed, and by these presents does grant, bargain, sell, alien, enfeoff, release, convey and confirm unto the said party of the second part, his successors heirs and assigns and assigns.

ALL THAT CERTAIN tract, piece or parcel of land with the improvements thereon, situate in the Township of Upper Allen, Cumberland County, Pennsylvania, bounded and described on Exhibit No. 1 attached hereto and made part hereof.

BEING a portion of the premises which George A. Sweger and Margaret M. Sweger conveyed by deed dated March 28, 1941 to W. Howard Corddry and Bessie P. Corddry, his wife, by deed recorded in the Office of the Recorder of Deeds of Cumberland County in Deed Book H, Vol. 12, page 438, and the said Bessie P. Corddry died on November 24, 1973, a resident of Cumberland County, Pennsylvania; the Grantor has not since remarried.

TOGETHER with any rights, titles and interests Grantor may have in roads, highways and streets for any distance they abut the said property.

THIS conveyance is under and subject to Township ordinances, building restrictions, zoning regulations, easements, rights of way, reservations and restrictions, of record and/or visible on the ground, including a right for a telephone line and for an electric line.

THIS conveyance is under and subject to all rights of and ownership in the public in roads, streets and highways, whether or not opened.

THIS conveyance is subject to a farm lease dated May 18, 1978 between Grantor and Clyde H. Strock.

THIS conveyance is under and subject to the rights of adjoining property to have drainage flow onto and over this tract.

THIS property is being sold and purchased "as is". Grantor makes no warranty, guarantee, or representation that said property is in condition or fit for the purpose for which it is intended.

BOOK A 30 PAGE 409

TOGETHER with all and singular the tenements, hereditaments and appurtenances to the same belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof; AND ALSO all the estate, right, title, interest, property, claim and demand whatsoever, both in law and equity, of the said party of the first part, of, in, to or out of the said premises, and every part and parcel thereof.

TO HAVE AND TO HOLD the said premises, with all and singular the appurtenances, unto the said party of the second part, his successors and assigns, to and for the only proper use and behoof of said party of the second part, his successors and assigns forever.

AND the said Grantor, his

heirs, executors, and administrators, do by these presents, covenant, grant and agree to and with the said party of the second part, his successors and assigns, that he the said

Grantor and his

heirs, all and singular the hereditaments and premises herein above described and granted, or mentioned and intended so to be, with the appurtenances unto the said party of the second part, his successors heirs and assigns, against the said party of the first part and his heirs, and against all and every other person or persons, whomsoever, lawfully claiming or to claim the same or any part thereof, by, from, or under him, subject as aforesaid,

shall and will, by these presents, WARRANT AND FOREVER DEFEND.

IN WITNESS WHEREOF, the said party of the first part has hereunto set his hand and seal, the day and year first written above.

SIGNED, SEALED AND DELIVERED
IN THE PRESENCE OF

_Lyndall C. Jones_     _W. Howard Corddry_ (SEAL)

_W. Wesley Jones_     W. Howard Corddry     (SEAL)

_____ (SEAL)

_____ (SEAL)

_____ (SEAL)

## CERTIFICATE OF RESIDENCE

I, hereby certify that the precise residence of the grantee herein is as follows

P.O Box 2153   Harrisburg Pa 17105

_John H. Brown_   Attorney or Agent for Grantee

STATE OF New Jersey
COMMONWEALTH OF PENNSYLVANIA } SS:
HUNTERDON
County of DAUPHIN

On this, the 3rd day of JANUARY 1983, before me

the undersigned officer, personally appeared W. HOWARD CORDDRY

known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purpose therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and seal.

_Norma M. Coyle_

My Commission Expires

NORMA M. COYLE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Feb. 27, 1986

BOOK 430 PAGE 413

EXHIBIT NO. 1

BEGINNING at a nail in the centerline of West Winding Hill Road
(L.R. 21025) between Lots Nos. 1 and 3, Plan of W. Howard Corddry recorded in
Plan Book 27, Page 146; thence along Lot No. 1, N. 0° 09' 30" W, a distance of
444.35 feet to a concrete monument; thence continuing along same N. 87° 04' 30" W.
a distance of 397.34 feet to an iron pin; thence continuing along same.
S. 70° 24' 30" W. a distance of 168.49 feet to a point; thence by a line in South
York Street (L. R. 21076) said line being 15.0 feet east and parallel with the
centerline of South York Street (L.R. 21076) N. 18° 32' 30" W. a distance of 1482.48
feet to a point; thence along lands of Immanuel Christian & Missionary Alliance
Church, N. 79° 31' 52" E. a distance of 1239.28 feet to an iron pin; thence con-
tinuing along same, N. 19° 11' 34" W. a distance of 408.04 feet to an iron pin;
thence along lands of Pennsylvania Turnpike Commission, S. 83° 01' 51" E. a distance
of 1333.0 feet to an iron pin; thence along lands of John E. & Norma J. Mardis,
S. 78° 31' 56" W. a distance of 140.04 feet to an iron pin; thence continuing
along same and Lots Nos. 2-A, 2-B and 2-C Resubdivision Plan of Ray Wolfe
recorded in Plan Book 28, page 44, and Lot No. 2 Graham Village, recorded in
Plan Book 16, page 25, S. 03° 20' 30" E. a distance of 1927.89 feet to a nail;
thence along the centerline of West Winding Hill Road (L.R. 21025), S. 77° 06' 25" W.
a distance of 1389.44 feet to the place of BEGINNING.

BEING Lot No. 3 Subdivision Plan of W. Howard Corddry, recorded in
Plan Book 27, page 146.

CONTAINING 91.815 Acres.

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
REALTY TRANSFER TAX   JAN 12 '83   P.R. 111162   9 0 0 . 0 0

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
REALTY TRANSFER TAX   JAN 12 '83   P.R. 111162   8 2 7 . 0 0

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
REALTY TRANSFER TAX   JAN 12 '83   P.R. 111162   7 0 0 . 0 0

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
REALTY TRANSFER TAX   JAN 12 '83   P.R. 111162   7 0 0 . 0 0

EXHIBIT NO. 1

BOOK 4-30 PAGE 411

**Exhibit M**

4888-4423-8089.2


## Information for Parcel 35-077-002-000-0000, Tax Year 2021

Generated 01/05/22 at 14:59:59

**Property Information**

| Tax Year | Property ID |
|---|---|
| 2021 | 35-077-002-000-0000 |

| Township | Property Use |
|---|---|
| LOWER PAXTON TWP | E03 - EDUCATIONAL EXEMPT |

| Neighborhood | Site Address |
|---|---|
| 35044 - LOCUST LN./RUTHERFORD/WOODCRES | 1 CRUSADER WAY |

| Owner Name and Address [Show Details] | Mailing Name and Address |
|---|---|
| DIOCESE OF HARRISBURG SNYDER CHESTER REV TRUSTEE 4800 UNION DEPOSIT RD HARRISBURG, PA 17111 | DIOCESE OF HARRISBURG SNYDER CHESTER REV TRUSTEE 4800 UNION DEPOSIT RD HARRISBURG, PA 17111 |

### Sales History

| Year | Document # | Sale Type | Sale Date | Sold By | Sold To | Price |
|---|---|---|---|---|---|---|
| 2010 | 20100030565 | 7 Family/Gift | 10/18/2010 | BISHOP MCDEVITT HIGH SCHOOL OF HARRISBURG BISHOP MCDEVITT HIGH SCHOOL OF HARRISBURG | DIOCESE OF HARRISBURG SNYDER CHESTER REV TRUSTEE | $1 |
| 2010 | 20090042929 | 7 Family/Gift | 12/29/2009 | DIOCESE OF HARRISBURG RHODES KEVIN BISHOP C TRUSTEE DIOCESE OF HARRISBURG RHODES BISHOP KEVIN C TRUSTEE | BISHOP MCDEVITT HIGH SCHOOL OF HARRISBURG | $1 |
| 2009 | 20090019530 | 0 Valid | 06/17/2009 | DAUPHIN DEVELOPMENT COMPANY | RHODES KEVIN BISHOP C TRUSTEE DIOCESE OF HARRISBURG | $2,850,000 |
| | 0W06100939 | 12 Zero Value | | DAUPHIN DEVELOPMENT COMPANY | DAUPHIN DEVELOPMENT COMPANY | $0 |

### Market Land Valuation

| Property Type | Description | Land Type | Sq. Ft. | Calc. Acres | Deed Acres |
|---|---|---|---|---|---|
| COM - Commercial | Primary Site | A1 - Primary Site | 2,647,167 | 60.7706 | 0.16 |
| COM - Commercial | Primary Site | A1 - Primary Site | 1,065,913 | 24.4700 | 0.16 |
| COM - Commercial | Residual | A3 - Residual | 56,601 | 1.2994 | 86.54 |

### Bishop McDevitt High School (Structure 1 of 1)

| Property Type | Description | Style | Quality | Living Area (sq. ft.) | Year Built | Age |
|---|---|---|---|---|---|---|
| COM - Commercial | Bishop McDevitt High School | | X | 0 | 2012 | |

**Section 1**

| | | |
|---|---|---|
| Physical / Functional | 1.00 Heating and Cooling | 43168.00 |
| Base Cost | 43168.00 Utility, Building, Brick or St | 1943.00 |
| Exterior Walls | 43168.00 Sprinklers | 43168.00 |
| Elevators | 1.00 High School (Entire) | 100.00 |

**Section 2**

| | | |
|---|---|---|
| High School (Entire) | 100.00 Heating and Cooling | 3096.00 |
| Physical / Functional | 1.00 Base Cost | 3096.00 |
| Sprinklers | 3096.00 Exterior Walls | 3096.00 |

**Section 3**

| | | |
|---|---|---|
| Heating and Cooling | 23161.00 Auditorium | 75.00 |
| Sprinklers | 23161.00 Physical / Functional | 1.00 |
| Exterior Walls | 23161.00 Base Cost | 23161.00 |
| High School (Entire) | 25.00 | |

**Section 4**

| | | |
|---|---|---|
| Gymnasium (School) | 100.00 Heating and Cooling | 11880.00 |

*Bishop McDevitt High School*

RECORDATION REQUESTED BY:
Terrence J. Kerwin, Esquire
27 North Front Street
Harrisburg, PA 17101
(717) 238-4765

WHEN RECORDED MAIL TO:
Kerwin & Kerwin
27 North Front Street
Harrisburg, PA 17101
(717) 238-4765

TAX PARCEL NOS. 35-077-002
and 35-077-022

SEND TAX NOTICES TO:
4800 Union Deposit Road
Harrisburg, PA 17111

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE ONLY

# THIS DEED,

Made the 11-th day of **August**, Two Thousand Ten (2010),

BETWEEN **BISHOP MCDEVITT HIGH SCHOOL OF HARRISBURG**, a Pennsylvania non-profit Corporation, of the County of Dauphin and Commonwealth of Pennsylvania, GRANTOR and party of the first part

A N D

**REVEREND CHESTER SNYDER, ADMINISTRATOR OF THE DIOCESE OF HARRISBURG, TRUSTEE**, of the County of Dauphin and Commonwealth of Pennsylvania, GRANTEE and party of the second part.

WITNESSETH that the said party of the first part, for and in consideration of the sum of **ONE DOLLAR ($1.00)** lawful money of the United States of America, unto him well and truly paid by the said party of the second part, at or before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained, sold, aliened, enfeoffed, released, conveyed and confirmed, and by these presents does grant, bargain, sell, alien, enfeoff, release, convey and confirm, unto the said party of the second part, its successors and/or assigns forever,

## TRACT NO. 1:

ALL THAT CERTAIN piece or parcel of land situate in Lower Paxton Township, Dauphin County, Pennsylvania, bounded and described as follows, to wit:

BEGINNING at a stone; thence by land now or formerly of Uriah Ricker South eighty-seven and one-half degrees East, eighty-two and five-tenths perches (S. 87 ½° E., 82.5 p.) to a stone; thence south six and one-half degrees West forty-seven and seven-tenths perches (S. 6 ½° W. 47.7 p.) to a stake; thence South seven and one-fourth degrees East, twenty-eight and one-tenth perches (S. 7 1/4° E., 28.1 p.) to a stone; thence by land now or formerly of Frederick Page, South eighty-two and three-fourths degrees West eighty-nine and eight-tenths perches (S. 82 3/4° W. 89.8 p) to a stone; thence by the same South eighty-nine and one-half degrees West, fifty-six and six-tenths perches (S. 89 ½° W. 56.6 p) to a stone; thence by land now or formerly of Daniel Page, North six and one-half degrees West twenty-seven and eight-tenths perches (N. 6 ½° W. 27.8 p) to a stone; thence by the same North seventy-nine and one-four degrees West nineteen and four-tenths perches (N. 79 1/4 ° W. 19.4 p) to a point in a road; thence by about the middle of said road, North sixty-seven and one-half degrees West eleven and eight-tenths perches (N. 67 ½° W. 11.8 p) to a stone; thence by land now or formerly of Samuel Page North nine and three-fourths degrees east thirty-three and five-tenths perches (N. 9 3/4° E. 33.5 p) to a stone; thence North eight-six degrees West twenty-five and one-tenth perches (N. 86° W. 25.1 p) to a stone; thence by land now or formerly of Mrs. Shirk, North nineteen degrees East forty-nine and four-tenths perches (N. 19° E. 49.4 p) to a point in a run; thence by lands now or late or Uriah Ricker, South seventy-eight and three-fourths degrees East twenty and four-tenths perches (S. 78 3/4° E. 20.4 p) to a stake; thence South twenty-one and one-fourth degrees west twenty and five-tenths perches (S. 21 1/4° W. 20.5 p) to a stake; thence South eighty-seven and one-fourth degrees east eighty-eight and seven-tenths perches (S. 87 1/4° E. 88.7 p) to the place of BEGINNING.

CONTAINING ninety-six (96) acres and eighty-five (85) perches.

IT BEING the same premises which The Most Reverend Kevin C. Rhoades, Bishop of the Diocese of Harrisburg, Trustee, by a Deed dated December 15, 2009 and recorded in the Recorder of Deeds Office of Dauphin County in Instrument No. 20090042929, granted and conveyed unto Bishop McDevitt High School of Harrisburg, a non-profit Corporation, the GRANTOR herein.

THERE IS excepted from the aforesaid description and from the operation of this Deed a tract of 6.03 acres situate at the northwest corner of the tract herein-described which was sold and conveyed to Albert C. Herbert, et al. by Deed dated June 25, 1963 and recorded in the Recorder of Deeds Office of Dauphin County in Deed Book "K", Volume 37, Page 262.

There is sold and conveyed as appurtenant to the property herein conveyed two certain easements or rights-of-way which run with the land herein conveyed and are more particularly

described in Deed of Robert M. Mumma, Trustee, to Pennsylvania Supply Company, dated June 30, 1963 and recorded in the Recorder of Deeds Office of Dauphin County in Deed Book "I", Volume 49, Page 13.

There is likewise excepted from this conveyance and from the description herein contained a certain tract of 3.11 acres which Pennsylvania Supply Company by its Deed dated April 29, 1974 and on the 15th day of May 1974, recorded in the Recorder of Deeds Office of Dauphin County in Deed Book "V", Volume 60, Page 411, granted and conveyed unto Pennsylvania Power and Light Company, which property is more particularly bounded and described as follows:

BEGINNING at an iron pin in the southerly right of way line of Spring Creek Road (T-369), said iron pin being distant 681 feet more or less measured westwardly along the said southerly right-of-way line from the centerline of Page Road (L.R. 22021); thence along land of Robert Knupp Estate the following three (3) bearings and distances: (1) S. 02° 47' 00"W., 55.08') to an iron pin; (2) S. 13° 09' 51" E., passing through an iron pin at 225.28', 469.28' to an iron pin; (3) S. 77° 57' 10" W., 250.00' to an iron pin; thence through the land now or late of Pennsylvania Supply Company N. 13° 09' 51" W., a distance of 557.58' to an iron pin in the aforesaid Spring Creek Road right of way line; thence along the said right of way line N. 85° 30' 59" E a distance of 268.28' to an iron pin, the place of BEGINNING.

### TRACT NO. 2:

ALL THAT CERTAIN piece or parcel of land, situate in the Township of Lower Paxton, County of Dauphin and Commonwealth of Pennsylvania, more particularly bounded and described as follows, to wit:

BEGINNING at a point, that point being approximately four hundred and eighty-two feet (482') north of Spring Creek Road along the lands now or formerly belonging to Albert C. Herbert and Dauphin Development Co. and on the north side of a proposed road Woodthrush Place; thence along a line North four degrees forty-two minutes forty-seven seconds East (N. 04° 42' 47" E.), a distance of one hundred feet (100') to a point; thence North four degrees eleven minutes seven seconds West (N. 04° 11' 07" W.) a distance of ninety feet (90') to a point at the southwest corner of a lot now or formerly owned by Nancy H. Webb, et al; thence two hundred twenty-two feet (222') in an easterly direction along the southern boundary of Lot 5 in Twin Lakes Manor Plan, now Spring Creek Manor, to a point on Mockingbird Drive; thence one hundred feet (100') in a southerly direction along Mockingbird Drive to a point at the intersection with Woodthrush Place; thence two hundred twenty feet (220') in a westerly direction along Woodthrush Place to the point of BEGINNING.

CONTAINING approximately 0.75 acres and being shown as Lot No. 4 on the Preliminary Plan of Lots titled Twin Lakes Manor Plan, now Spring Creek Manor, and approved by the Lower Paxton Township Board of Supervisors on February 23, 1976.

THIS CONVEYANCE is under and subject to an Open-End Mortgage and Security Agreement dated December 22, 2009 in favor of PNC Bank, National Association, recorded to Instrument No. 20090042930, as well as any UCC filings.

IT BEING the same premises which The Most Reverend Kevin C. Rhoades, Bishop of the Diocese of Harrisburg, Trustee, by a Deed dated December 15, 2009 and recorded in the Recorder of Deeds Office of Dauphin County in Instrument No. 20090042929, granted and conveyed unto Bishop McDevitt High School of Harrisburg, a non-profit Corporation, the GRANTOR herein.

TOGETHER with all and singular the buildings and improvements, ways, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances whatsoever thereunto belonging or in anywise appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of the said party of the first part, in law, equity or otherwise, howsoever, in and to the same and every part thereof.

TO HAVE AND TO HOLD the said lot or piece of ground above-described with the messuage or tenement, thereon erected, hereditaments and premises hereby granted, or mentioned, and intended so to be, with the appurtenances, unto the said party of the second part, its successors and/or assigns, to and for the only proper use and behoof of the said party of the second part, its successors and/or assigns, FOREVER

AND the said party of the first part, for himself, his heirs, executors and administrators, does by these presents covenant, grant and agree to and with the said party of the second part, its successors and/or assigns, that he the said party of the first part, his heirs all and singular the hereditaments and premises herein above described and granted, or mentioned, and intended so to be, with the appurtenances, unto the said party of the second part, its successors and/or assigns, against him, the said party of the first part, and his heirs, and against all and every other person or persons whomsoever, lawfully claiming or to claim the same or any part thereof,

SHALL AND WILL SPECIALLY WARRANT AND DEFEND

IN WITNESS WHEREOF, the said party of the first part has to these presents set his hand and seal, dated the day and year first above written.

Signed, Sealed and Delivered
In the Presence of

**BISHOP MCDEVITT HIGH SCHOOL
OF HARRISBURG, a Pennsylvania
non-profit Corporation**

_Caroline A. Fore_                    _____ (SEAL)

By:   MONSIGNOR WILLIAM J. KING,
        Authorized Signer

COMMONWEALTH OF PENNSYLVANIA   :
                                     :

COUNTY OF DAUPHIN                    :

On this the *11th* day of August, **2010**, before me a Notary Public, the undersigned officer, personally appeared **MONSIGNOR WILLIAM J. KING,** who acknowledges himself to be the authorized signer of **BISHOP MCDEVITT HIGH SCHOOL OF HARRISBURG,** a Pennsylvania non-profit Corporation, and that as such, he being duly authorized to do so, has executed the foregoing instrument in his capacity therein stated for the purpose therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

Notary Public

NOTARIAL SEAL
BARBARA J ZOGBY
Notary Public
LOWER PAXTON TWP., DAUPHIN CNTY
My Commission Expires Jul 10, 2013

I hereby certify that the precise address of the Grantee herein is:

**4800 Union Deposit Road, Harrisburg, PA 17111**

TERRENCE J. KERWIN, ESQUIRE
Attorney for Grantee

N:\NL\DEED\Diocese-Bishop-McDevitt.wpd

STV-23 EX (rev-10)



**pennsylvania**
DEPARTMENT OF REVENUE
Bureau of Individual Taxes
PO BOX 280603
Harrisburg, PA 17128-0603

## REALTY TRANSFER TAX
## STATEMENT OF VALUE

See reverse for instructions.

| RECORDER'S USE ONLY | |
|---|---|
| State Tax Paid | |
| Book Number | 2010003 30565 |
| Page Number | |
| Date Recorded | 10-18-10 |

Complete each section and file in duplicate with Recorder of Deeds when (1) the full value/consideration is not set forth in the deed, (2) the deed is without consideration or by gift, or (3) a tax exemption is claimed. A Statement of Value is not required if the transfer is wholly exempt from tax based on family relationship or public utility easement. If more space is needed, attach additional sheets.

### A. CORRESPONDENT – All inquiries may be directed to the following person:

| Name | Telephone Number: |
|---|---|
| Terrence J. Kerwin, Esquire | (717) 238-4765 |

| Mailing Address | City | State | ZIP Code |
|---|---|---|---|
| 27 North Front Street | Harrisburg | PA | 17101 |

### B. TRANSFER DATA

### C. Date of Acceptance of Document

| Grantor(s)/Lessor(s) | Grantee(s)/Lessee(s) |
|---|---|
| Bishop McDevitt High School of Harrisburg | Rev. Chester Snyder, Admin. of Diocese of Hbg, Trustee |

| Mailing Address | Mailing Address |
|---|---|
| 4800 Union Deposit Road | 4800 Union Deposit Road |

| City | State | ZIP Code | City | State | ZIP Code |
|---|---|---|---|---|---|
| Harrisburg | PA | 17111 | Harrisburg | PA | 17111 |

### D. REAL ESTATE LOCATION

| Street Address | City, Township, Borough |
|---|---|
| Spring Creek Road | Lower Paxton Township |

| County | School District | Tax Parcel Number |
|---|---|---|
| Dauphin | Central Dauphin | 35-077-002 and 35-077-022 |

### E. VALUATION DATA - WAS TRANSACTION PART OF AN ASSIGNMENT OR RELOCATION? ☐ Y ☒ N

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
|---|---|---|
| 1.00 | +0.00 | = 1.00 |

| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Fair Market Value |
|---|---|---|
| 375,070.00 | x 1.42 | = 532,599.40 |

### F. EXEMPTION DATA

| 1a. Amount of Exemption Claimed | 1b. Percentage of Grantor's Interest in Real Estate | 1c. Percentage of Grantor's Interest Conveyed |
|---|---|---|
| 532,599.40 | 100% | 100% |

**Check Appropriate Box Below for Exemption Claimed.**

☐ Will or intestate succession. _____ _____
                                              (Name of Decedent)                    (Estate File Number)

☐ Transfer to a trust. (Attach complete copy of trust agreement identifying all beneficiaries.)

☐ Transfer from a trust. Date of transfer into the trust _____
   If trust was amended attach a copy of original and amended trust.

☐ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)

☐ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation or in lieu of con-
   demnation. (If condemnation or in lieu of condemnation, attach copy of resolution.)

☐ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)

☐ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)

☐ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

☒ Other (Please explain exemption claimed.) _____
   This transfer is exempt under 91.193(b)(17)(f), being a transfer between two 501(c)(3) entities.

Under penalties of law, I declare that I have examined this statement, including accompanying information, and to
the best of my knowledge and belief, it is true, correct and complete.

| Signature of Correspondent or Responsible Party | Date |
|---|---|
| *Terrence J. Kerwin* | 8/11/2010 |

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN
THE RECORDER'S REFUSAL TO RECORD THE DEED.**

James M. Zugay, Esq.
Recorder of Deeds
(717) 780-6560

Candace E. Meck
*First Deputy*



## Recorder of Deeds

Harrisburg, Pennsylvania

**CERTIFIED END PAGE**

*Location:*
Dauphin County Courthouse
Room 102
Front & Market Streets
Harrisburg, PA 17101

**INSTRUMENT #:** 20100030565
**RECORD DATE:** 10/18/2010 2:48:41 PM
**RECORDED BY:** CMAURER
**DOC TYPE:** DEED
**AGENT:** KERWIN & KERWIN
**DIRECT NAME:** BISHOP MCDEVITT HIGH SCHOOL OF HARRISBURG
**INDIRECT NAME:** DIOCESE OF HARRISBURG, TR

**RECORDING FEES - State:** $0.50
**RECORDING FEES - County:** $13.00
**ACT 8 OF 1998:** $5.00
**ADDITIONAL NAME FEE:** $4.00

LOWER PAXTON TWP
CENTRAL DAUPHIN
**ADPC:** $23.50
**AFFORDABLE HOUSING:** $13.00

**UPICount:** 2
**UPIFee:** 20
**UPIList:** 35-077-022-000-0000,35-077-002-000-0000

I Certify This Document To Be Recorded
In Dauphin County, Pennsylvania.



James M. Zugay, *Recorder of Deeds*

## THIS IS A CERTIFICATION PAGE

# PLEASE DO NOT DETACH

## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

**Exhibit N**

4888-4423-8089.2

S. Frank Westen et ux    This Indenture,
To,    Made The First day of June in the
John W. Shanahan, Trustee / year of our Lord nineteen hundred and
Fifteen.

Between S. Frank Westen and Emily L. Westen, his wife, both of the City of Harrisburg, Dauphin County, Pennsylvania, parties of the first part and John W. Shanahan, Trustee of Saint Patrick's Cathedral Congregation, of the same place, party of the second part: Witnesseth, That the said parties of the first part, for and in consideration of the sum of Twenty-one Hundred ($2100.00) Dollars, lawful money of the United States of America, well and truly paid by the said party of the second part to the said parties of the first part, at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, have granted, bargained, sold, aliened, enfeoffed, released, conveyed and confirmed, and by these presents do grant, bargain, sell, alien, enfeoff, release, convey and confirm unto the said party of the second part his successors, heirs and assigns,

All that certain piece or parcel of land situate in the Second Ward of the City of Harrisburg, County and State aforesaid, bounded and described as follows, to wit:—

Beginning at the southeastern corner of South Thirteenth and Hill Streets; thence southwardly along the eastern side of South Thirteenth Street about one hundred and ninety-five (195) feet, more or less, to the corner of South Thirteenth Street and Roberts Street; thence northwardly along the western side of Roberts Street about two hundred and Thirteen feet (213), more or less, to the corner of Roberts Street and Hill Street, thence westwardly along the eastern side of Hill Street about ninety feet (90) to the corner of Hill and Thirteenth Streets, the place of Beginning, being a triangular piece of ground; bounded by the streets mentioned above.

Being the same premises which Wallace I. Starry and wife by their deed dated June 27th, 1910, duly recorded in the Recorder's Office in and for Dauphin County, in Deed Book "F", Vol. 14, page 326, granted and conveyed unto S. Frank Westen, one of the parties hereto, in trust nevertheless for the Saint Patrick's Cathedral Congregation of the City of Harrisburg, Dauphin County, Pennsylvania.

Together with all and singular the tenements, hereditaments and appurtenances to the same belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues, and profits thereof; And also, all the estate, right, title, interest, property, claim and demand whatsoever, both in law and equity, of the said parties of the first part, of, in, to or out

of the said premises, and every part and parcel thereof

To have and to hold, the said premises, with all and singular the appurtenances, unto the said party of the second part, his successors, heirs and assigns, to and for the only proper use and behoof of the said party of the second part, his successors, heirs and assigns forever, in trust nevertheless for the Saint Patrick's Cathedral Congregation, of the City of Harrisburg, Dauphin County, Pennsylvania,

And the said parties of the first part, for themselves, their heirs, executors and administrators, do by these presents, covenant, grant and agree to and with the said party of the second part, his successors, heirs and assigns, that they, the said parties of the first part, their heirs all and singular the hereditaments and premises hereinabove described and granted or mentioned, and intended so to be, with the appurtenances, unto the said party of the second part, his successors, heirs and assigns, against the said parties of the first part and their heirs, and against all and every other person or persons whomsoever, lawfully claiming or to claim the same or any part thereof, shall and will by these presents Warrant and Forever Defend.

In Witness Whereof, the said parties of the first part have hereunto set their hands and seals the day and year first above written.

Signed, Sealed and Delivered
In The Presence of Us:

C. Mabelle Dobbs

J. Grant Koons

S. Frank Westen (S.S.)

Emily L. Westen (S.S.)

Received the day of the date of the within or foregoing Indenture, of the said

State of Pennsylvania,
Dauphin County, } ss:

Rev.
$2.50
U.S.

On the 1st day of June in the year Nineteen Hundred and Fifteen, before me, the subscriber a Notary Public in and for said State and County, personally came the above named S. Frank Westen and has acknowledged the above Indenture to be his act and deed, and desired the same might be recorded as such.

Witness my hand and Notarial seal.

Notarial
Seal

C. Mabelle Dobbs
Notary Public.

My Com. Expires Feb. 9, 1919.

State of Pennsylvania,
County of Berks } ss:

On the 2nd day of June in the year Nineteen Hundred and Fifteen, before me, the subscriber, a Notary Public in and for said State and County, personally came the above named Emily L. Westen, and has acknowledged the above Indenture to be her act and deed, and desired the same might be recorded as such.

Witness my hand and Notarial Seal.

**Exhibit O**

DEED No. 734

Printed and Sold by John C. Clark Co., 1620 S. Penn Square, Phila.



# This Indenture, Made the

19th day of August in the year of our Lord one thousand nine hundred and forty-seven (1947)

**Between** HERSHEY ESTATES, a Pennsylvania corporation, of Hershey, Derry Township, Dauphin County, Pennsylvania, Party of the First Part,

and THE MOST REVEREND GEORGE L. LEECH, D.D., BISHOP OF THE DIOCESE OF HARRISBURG, IN TRUST FOR THE ROMAN CATHOLIC CONGREGATION OF ST. JOAN OF ARC CHURCH, HERSHEY, DAUPHIN COUNTY, PENNSYLVANIA, Party

of the second part: **Witnesseth,** That the said party----of the first part, for and in consideration of the sum of SIXTY-ONE HUNDRED AND TWENTY-FIVE DOLLARS------- ($6,125.00)------------------------------------------------------------------- lawful money of the United States of America, well and truly paid by the said party ---of the second part to the said party ---of the first part, at and before the ensealing and delivery of these presents, the receipt whereof is hereby acknowledged, has----granted, bargained, sold, aliened, enfeoffed, released, conveyed and confirmed, and by these presents does----grant, bargain, sell, alien, enfeoff, release, convey and confirm unto the said party---of the second part, his successors------and assigns.

ALL THOSE CERTAIN three tracts of land situated in the Town of Hershey, Derry Township, Dauphin County, Pennsylvania, bounded and described as follows, to wit:

TRACT NO. 1 -- BEGINNING at a point, the Southwestern corner of West Granada Avenue and Valley Road (formerly Queen Street); thence in a Southerly direction, along the Westerly side of Valley Road, for a distance of one hundred and fifty (150) feet to the North side of a sixteen feet wide alley; thence in a Westerly direction, along the North side of said alley, for a distance of four hundred thirty-eight (438) feet, more or less, to a twelve feet wide alley; thence in a Northwesterly direction, along the East side of said alley, for a distance of one hundred fifty-two and fifteen one hundredths (152.15) feet to the South side of West Granada Avenue; thence in an Easterly direction, along the South side of West Granada Avenue, for a distance of four hundred forty-three and fifty-eight one hundredths (443.58) feet to the place of beginning; comprising Lots Nos. 178 to 187, both inclusive, on the Plan of the State Real Estate Company, said Plan being recorded in the Recorder's Office of Dauphin County in Plan Book G, page 46.

BEING the same premises which John H. Myers, by Deed dated January 2, 1936, recorded in the Recorder's Office aforesaid in Deed Book I, Volume 24, Page 320, granted and conveyed unto Hershey Estates, first party hereto, its successors and assigns.

TRACT NO. 2 -- BEGINNING at a point, the Northwestern corner of West Areba Avenue and Valley Road (formerly Queen Street); thence in a Westerly direction, along the Northerly side of West Areba Avenue, for a distance of three hundred eighty-nine and ninety-nine one hundredths (389.99) feet to a twelve feet wide alley; thence in a Northwesterly direction, along the East side of said alley, for a distance of one hundred fifty-two and fifteen one hundredths (152.15) feet to the South side of a sixteen feet wide alley; thence in an Easterly direction along the South side of said alley, for a distance of four hundred thirty-five (435) feet, more or less, to the West side of Valley Road; thence in a Southerly direction, along said Valley Road, for a distance of one hundred and fifty (150) feet to the place of beginning; comprising Lots Nos. 222 to 230, both inclusive, on Plan of Lots above mentioned.

VOL **30** PAGE **419**

BEING the same premises which Chas. F. Ziegler and wife, by Deed dated May 6, 1936, recorded in the Recorder's Office aforesaid in Deed Book I, Volume 24, Page 318, granted and conveyed unto Hershey Estates, first party hereto, its successors and assigns.

TRACT NO. 3 -- BEGINNING at a point on the South side of West Granada Avenue, said point being 455.58 feet West of the West side of Valley Road (formerly Queen Street); thence in a Southeasterly direction, along the West side of a twelve feet wide alley, for a distance of three hundred twenty and thirty one hundredths (320.30) feet to a point on the North side of West Areba Avenue, said point being 401.99 feet West of the West side of Valley Road; thence in a Westerly direction, along the North side of West Areba Avenue extended, for a distance of one hundred twenty-eight and one one hundredths (128.01) feet to the East side of Glenn Road; thence in a Northerly direction, along the East side of Glenn Road, for a distance of three hundred and sixteen (316) feet to the place of beginning.

BEING part of larger tracts which Hershey Chocolate Company (designated as Tract No. D-53) by Deed dated November 12, 1927, recorded in the Recorder's Office aforesaid in Deed Book U, Volume 21, Page 1, granted and conveyed unto Hershey Estates, first party hereto, its successors and assigns.

**Together** with all and singular, the buildings, improvements, woods, ways, rights, liberties, privileges, hereditaments and appurtenances, to the same belonging, or in any wise appertaining, and the reversion and reversions; remainder and remainders, rents, issues and profits thereof, and of every part and parcel thereof: **And also,** all the estate, right, title, interest,------ ------------------------------------------------------property, possession, claim and demand whatsoever, both in law and equity, of the said party --- of the first part, of, in, and to the said premises, with the appurtenances:

**To have and to hold** the said premises, with all and singular the appurtenances, ------------------------------------------------------ unto the said party -- of the second part, his successors-----and assigns, to the only proper use, benefit and behoof of the said party ---of the second part, his successors------and assigns forever,

AND the said Party of the First Part does hereby consti-
tute and appoint Chas. F. Ziegler to be its attorney, for it and in
its name, and as and for its corporate act and deed to acknowledge
this Indenture before any person having authority by the laws of the
Commonwealth of Pennsylvania to take such acknowledgment, to the in-
tent that the same may be duly recorded.----------------------------

**And** the said Party of the First Part, for itself and its successors------
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ **does---**by these presents, covenant, grant and agree, to
and with the said party ---of the second part, his successors-----and assigns forever,
that it---the said Party of the First Part, its successors-------------
~~~~~ all and singular the hereditaments and premises herein above described and granted, or
mentioned and intended so to be, with the appurtenances, unto the said party ---of the second
part, his successors-----and assigns, against it----the said Party of the First

Part, its successors-------------~~~~~ and against all and every other person or
persons, whomsoever lawfully claiming or to claim the same or any part thereof, by, from or
under it, them or any of them,------------------------SHALL and WILL
---------------------------WARRANT and forever DEFEND.

**In Witness Whereof,** the said party ----of the first part to these presents has caused
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ to be here-
**Signed, Sealed and Delivered** } unto affixed its corporate seal, duly attested
IN THE PRESENCE OF the day and year first herein written.

HERSHEY ESTATES

By *Chas. F. Ziegler* (SEAL)
President (SEAL)

*Geo. H. Booth*

*John W. Logan*

Attest:

*E. Weber* Secretary




VOL. 30 PAGE 421

State of     PENNSYLVANIA } ss.
County of       DAUPHIN

On the — 19th — day of August------------,1947--, before me

a Notary Public in and for said State and County----------------------

the undersigned officer, personally appeared Chas. F. Ziegler, the attorney named, in the foregoing Indenture, and by virtue and in pursuance of the authority conferred upon him, acknowledged the said Indenture to be the act and deed of the said Hershey Estates.------------------------

*In Witness Whereof,* I hereunto set my hand and official seal.

The address of the within-named Grantee
is Hershey, Pennsylvania.

On behalf of the Grantee

Esther B. _____
Notary Public
*Title of Officer*
By Commission Expires Feb. 15, 1949

HERSHEY ESTATES

TO

THE MOST REVEREND
GEORGE L. LEECH, D.D.,
BISHOP OF THE DIOCESE OF
HARRISBURG, IN TRUST FOR THE
ROMAN CATHOLIC CONGREGATION
OF ST. JOAN OF ARC CHURCH
HERSHEY, DAUPHIN COUNTY,
PENNSYLVANIA

mail
Rev Anthony Day
441 W Chocolate
Hershey, Pa

5-21-43 John C. Clark Company, Philadelphia 734

Premises: 3 tracts of land
in Hershey, Derry Town-
ship, Dauphin County,
Pennsylvania.

**Recorded,** in the Office for the Recording of Deeds in and for Dauphin
County, Pa. in Deed Book N No. 30
page 418 &c.

**Witness** my hand and seal of Office this 4th
day of Sept. Anno Domini 19 47.

Recorder Helen V. Lowen

Deputy Recorder Ellen W. Warner

**Exhibit P**

4888-4423-8089.2

presents, WARRANT AND FOREVER DEFEND.

IN WITNESS WHEREOF the said parties of the first part have hereunto set their hands and seals the day and year first above written.

Signed, sealed and delivered in the     William J Brennan    (SEAL)

    presence of:                Clara H Brennan     (SEAL)

R S Care                      8.00


STATE OF PENNSYLVANIA DAUPHIN COUNTY SS:

On the 22nd day of March in the year One Thousand Nine Hundred and twenty one before me, the subscriber, a Notary Public in and for the County and State aforesaid personally came the above-named William J Brennan and Clara H Brennan his wife and they acknowledged the above indenture to be their act and deed and desired the same might be recorded as such.

Witness my hand and Notarial seal.

(NOTARIAL SEAL)        R S Care, Notary Public.

          My commission expires Feby 24 1923.

Registered & Recorded Mar 29 1921.

##################################################################################

CATHARINE A SULLIVAN      )     THIS INDENTURE, MADE THE Twenty ninth day of March in

       TO               )     the year of our Lord one Thousand Nine Hundred and twenty

RIGHT REVEREND P R McDEVITT DD.)    one

   BISHOP OF HARRISBURG, PA.   )     BETWEEN Catharine A Sullivan, widow, of Harrisburg,

Dauphin County, Pennsylvania, party of the first part and Right Reverend P R McDevitt, D D Bishop of Harrisburg, Penna., diocese, in Trust for St. Francis Roman Catholic Congregation of Harrisburg, Penna., party of the second part,

WITNESSETH, That the said party of the first part, for and in consideration of the sum of ONE DOLLAR and other good and valuable considerations, Dollars, lawful money of the United States of America, well and truly paid by the said party of the second part to the said party of the first part, at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, have granted, bargained, sold, aliened, enfeoffed, released, conveyed and confirmed, and by these presents do grant, bargain, sell, alien, enfeoff, release convey and confirm unto the said part of the second part his successor and assigns,

ALL THAT CERTAIN messuage, tenement and tract of land situate in the City of Harrisburg Dauphin County Pennsylvania bounded and described as follows, to wit:-

BEGINNING at a point on the north side of Zarker street, three hundred forty (340) feet east of the east side of Fourteenth Street, and running thence at right angles to Zarker Street northwardly along other lands of the Grantee hereto fifty seven (57) feet to a point thence westwardly parallel with Zarker street, twenty five (25) feet to a point on the land late of J T Balsley; thence southwardly along the said Balsley land, fifty seven (57) feet to a point on Zarker street; thence eastwardly along Zarker street twenty five (25) feet to a point the place of BEGINNING. Having thereon erected a double frame dwelling known as No. 1440 and 1442 Zarker Street, Harrisburg, Penna.

Property 1440 Zarker street being one of the same properties which A C Coble and wife by their deed dated the 2nd day of February 1916, and recorded in the Recorder's Office of Dauphin County in Deed Book G vol 16 page 75 sold and conveyed unto Catharine A Sullivan party of the first part hereto her heirs and assigns as by reference thereto had will fully appear.

K-18-333

Property No. 1442 Zarker street being the same property which Robert A Carl and wife by their deed dated the 2nd day of July 1917 andrecorded in the Recorder's Office in and for the County of Dauphin in deed book S vol 16 page 512 sold and conveyed unto Catharine A Sullivan party of the first part hereto her heirs and assigns as by reference thereto had will fully appear.

TOGETHER with alland singular, the tenements, hereditaments and appurtenances to the same belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof; AND ALSO, all the estate, right, title, interest, property, claim and demand whatsoever, both in law and equity, of the said party of the first part, of, in, to or out of the said premises, and every part and parcel thereof

TO HAVE AND TO HOLD the said premises, with all and singular the appurtenances, unto the said party of the second part, his successor and assigns, to and for the only proper use and behoof of the said party of the second part, his successor and assigns forever, In trust however nevertheless for said St. Francis Roman Catholic Congregation of Harrisburg, aforesaid

AND the said party of the first part for herself her heirs, executors and administrators do by these presents, covenant, grant and agree to and with the said party of the second part his successor and assigns, that she the said party of the first part for herself her heirs all and singular the hereditaments and premises hereinabove described and granted or mentioned, and intended so to be, with the appurtenances, unto the said party of the second part his successor and assigns, against the said party of the first part and her heirs and against all and every other person or persons whomsoever, lawfully claiming or to claim the same or any part thereof shall and will by these presents WARRANT AND FOREVER DEFEND.

IN WITNESS WHEREOF, the said party of the first part has hereunto set her hand and seal the day and year first above written.

Signed, sealed and delivered in the                    Catharine A Sullivan        (SEAL)
          presence of:

J H Bell                                              

R S Care


STATE OF PENNSYLVANIA DAUPHIN COUNTY SS:

On the 29th day of March in the year One Thousand Nine Hundred and twenty  one before me, the subscriber, a Notary Public in and for the said County and State personally came the above named Catharine A Sullivan, widow, and she acknowledged the above indenture to be her Act and Deed and desired the same might be recorded as such.

Witness my hand and Notarial seal.

(NOTARIAL SEAL)                          R S Care, Notary Public.
                 My commission expires Feby 24 1923.

Registered & Recorded Mar 29 1921.

###################################################################################